I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/23/08

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT DOE, | Case No. CV 08-237-VAP (RNB) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| THE LOS ANGELES POLICE DEPARTMENT, et al., | |
| Defendants. | |

Per its July 3, 2008 Minute Order, the Court granted plaintiff's alternative request that the Court exercise its discretion to extend the time for service even in the absence of a showing of good cause. The Court stated therein that it would afford plaintiff one last extension of time to effectuate service of process on the defendants named in the complaint. The Court set July 14, 2008 as the new deadline for plaintiff to effectuate service of the summons and complaint on each named defendant. Further, the Court expressly forewarned plaintiff that his failure to effectuate proper service by that date might result in the dismissal of the action without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute, unless plaintiff could show good cause for further extending the time for service.

To date, no proofs of service have been filed, and therefore it appears that none of the named defendants has been served. Accordingly, pursuant to Rule 4(m) of the

1

Federal Rules of Civil Procedure and Local Rule 41-1,

IT IS ORDERED that, on or before August 12, 2008, plaintiff shall show good cause, if there be any, why service was not made by the extended deadline of July 14, 2008, and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff under penalty of perjury. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for his failure to timely serve, the Court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute.** See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); see also Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED:    7/22/08

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

2