**ROCKARD J. DELGADILLO,** City Attorney (State Bar #125465x)
**MICHAEL L. CLAESSENS,** Senior Assistant City Attorney
**CORY M. BRENTE,** Assistant City Attorney
**SUREKHA A. PESSIS,** Deputy City Attorney (State Bar #193206)
600 City Hall East
200 North Main Street
Los Angeles, California 90012-4129
E-mail: *Surekha.Pessis@lacity.org*
Telephone: (213) 978-7036   Facsimile: (213) 978-8785

Attorneys for Defendants, **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LAMONT DOE,<br><br>    Plaintiff<br><br>    vs.<br><br>THE CITY OF LOS ANGLES; THE LOS ANGELES POLICE DEPARTMENT; LAPD [HOLLYWOOD DIVISION] CHIEF WILLIAM BRATTON; CLAY FARRELL; LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA; KARI HORTON; DAVID TOMILIN; RAYMOND CONBOY; DAVID TORRES; GEORGE HOOPES; JEANNE HARRIS; MICHAEL OPPELT; SILVINA YNIGUEZ; SUSAN BRANDSTETTER; SEAN MURTHA; MICHAEL KLEE; RUTH KAWKINS-YU; AARON GREEN; JUAN SANCHEZ; KURT JIMMY FILLMORE.<br><br>    Defendants. | **CASE NO. CV 08-00237 VAP(RNB)**<br>Honorable Robert N. Block<br>Courtroom 6D (**Santa Ana**)<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>([Local Rule 7/1-1) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned, counsel of record for Defendants, **CITY OF LOS ANGELES**

1

1  **and LOS ANGELES POLICE DEPARTMENT**, certify the following listed parties
2  have a direct, pecuniary interest in the outcome of the case:
3        LAMONT DOE, Plaintiff *in pro se*
4        THE CITY OF LOS ANGLES, Defendant
5        THE LOS ANGELES POLICE DEPARTMENT, Defendant
6        LAPD [HOLLYWOOD DIVISION], Defendant
7        CHIEF WILLIAM BRATTON , Defendant
8        CLAY FARRELL, Defendant
9        LaMONT JERRETT, Defendant
10       JOE DUNSTER, Defendant
11       JERRY PADILLA, Defendant
12       KARI HORTON, Defendant
13       DAVID TOMILIN, Defendant
14       RAYMOND CONBOY, Defendant
15       DAVID TORRES, Defendant
16       GEORGE HOOPES, Defendant
17       JEANNE HARRIS, Defendant
18       MICHAEL OPPELT, Defendant
19       SILVINA YNIGUEZ, Defendant
20       SUSAN BRANDSTETTER, Defendant
21       SEAN MURTHA, Defendant
22       MICHAEL KLEE, Defendant
23       RUTH KAWKINS-YU, Defendant
24 ///
25 ///
26
27
28

| | |
|---|---|
| 1 | AARON GREEN, Defendant |
| 2 | JUAN SANCHEZ; |
| 3 | KURT JIMMY FILLMORE, Defendant |

These representations are made to enable the court to evaluate disqualification or recusal.

DATED: September 9, 2008        Respectfully submitted,

ROCKARD J. DELGADILLO, City Attorney
MICHAEL L. CLAESSENS, Senior Assistant
        City Attorney
CORY M. BRENTE, Supervising Assistant City
        Attorney

By _____
SUREKHA A. PESSIS, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES
and LOS ANGELES POLICE DEPARTMENT

PROOF OF SERVICE BY MAIL

I, SOLEDAD FIGUEROA, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On September 9, 2008, I served the foregoing document(s) described as:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**([Local Rule 7/1-1)**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at Los Angeles, California, addressed to:

LAMONT DOE
2934 BEVERLY GLEN CIRCLE
SUITE 134
BEL AIR  CA   90077
OFS: (310) 226-7133
FAX: (832) 218-6811
Email: inverteye@yahoo.com

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on September 9, 2008, at Los Angeles, California.

SOLEDAD FIGUEROA

\*\* Transmit Conf.Report \*\*

P.1                                                              Sep  9 2008 10:31am
LA-CITY.ATTY'S.OFFICE   Fax 213*978*8785

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 918322186811/P587583 | Normal | 09:10:29am | 1'09" | 4 | * O K | |

1  **ROCKARD J. DELGADILLO,** City Attorney (State Bar #125465x)
   **MICHAEL L. CLAESSENS,** Senior Assistant City Attorney
2  **CORY M. BRENTE,** Assistant City Attorney
   **SUREKHA A. PESSIS,** Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California 90012-4129
   E-mail: *Surekha.Pessis@lacity.org*
5  Telephone: (213) 978-7036   Facsimile: (213) 978-8785

6  Attorneys for Defendants, CITY OF LOS ANGELES, LOS ANGELES POLICE
   DEPARTMENT
7

8                     UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

10

11 | LAMONT DOE,                          ) CASE NO. CV 08-00237 VAP(RNB)
                                          ) Honorable Robert N. Block
12 |              Plaintiff                ) Courtroom 6D (Santa Ana)
                                          )
13 |     vs.                              )
                                          )
14 |                                      )
   | THE CITY OF LOS ANGLES; THE          ) **CERTIFICATION AND NOTICE OF**
15 | LOS ANGELES POLICE                   ) **INTERESTED PARTIES**
   | DEPARTMENT; LAPD                     ) ([Local Rule 7/1-1)
16 | [HOLLYWOOD DIVISION] CHIEF           )
   | WILLIAM BRATTON; CLAY                )
17 | FARRELL; LaMONT JERRETT;             )
   | JOE DUNSTER; JERRY PADILLA;          )
18 | KARI HORTON; DAVID TOMILIN;          )
   | RAYMOND CONBOY; DAVID                )
19 | TORRES; GEORGE HOOPES;               )
   | JEANNE HARRIS; MICHAEL               )
20 | OPPELT; SILVINA YNIGUEZ;             )
   | SUSAN BRANDSTETTER; SEAN             )
21 | MURTHA; MICHAEL KLEE; RUTH           )
   | KAWKINS-YU; AARON GREEN;             )
22 | JUAN SANCHEZ; KURT JIMMY             )
   | FILLMORE.                            )
23 |                                      )
24 |              Defendants.             )

25

26 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

27        The undersigned, counsel of record for Defendants, CITY OF LOS ANGELES
28

1