1  **ROCKARD J. DELGADILLO,** City Attorney (State Bar #125465x)
   **MICHAEL L. CLAESSENS,** Senior Assistant City Attorney
2  **CORY M. BRENTE,** Assistant City Attorney
   **SUREKHA A. PESSIS,** Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California  90012-4129
   E-mail: *Surekha.Pessis@lacity.org*
5  Telephone:  (213) 978-7036  Facsimile: (213) 978-8785

6  Attorneys for Defendants, **CITY OF LOS ANGELES AND LOS ANGELES
   POLICE DEPARTMENT**
7

8                  **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

10

11  LAMONT DOE,                          ) **CASE NO. CV 08-00237 VAP(RNB)**
                                         ) Honorable Virginia A .Phillips
12                  Plaintiff            ) Courtroom 2 (**Riverside**)
                                         ) Honorable Robert N. Block
13          vs.                          ) Courtroom 6D (**Santa Ana**)
                                         )
14                                       )
    THE LOS ANGELES POLICE              ) **DEFENDANTS CITY OF LOS**
15  DEPARTMENT; JOE DUNSTER;            ) **ANGELES AND LOS ANGELES**
    JAMES FILLMORE; JERRY              ) **POLICE DEPARTMENT'S NOTICE**
16  PADILLA; RUTH HAWKINS YU;           ) **OF MOTION AND MOTION TO**
    DAVID TOMILIN; DAVID TORRES;        ) **DISMISS PLAINTIFF'S COMPLAINT**
17  LAMONT JERRETT; CHRIS              ) **FOR FAILURE TO STATE A CLAIM**
    CONBOY; CHRIS HOOPS; JEANNE          ) **FOR RELIEF, OR IN THE**
18  HARRIS; MICHAEL OPPELT;            ) **ALTERNATIVE, MOTION FOR**
    SILVANA YNIGUEZ; CHRIS             ) **STAY;  MEMORANDUM OF POINTS**
19  MURTHA, AARON GREEN;               ) **AND AUTHORITIES; DECLARATION**
    MICHAEL KLEE                        ) **OF  SUREKHA A. PESSIS; EXHIBIT**
20                                       )
                                         ) Date:      September 30, 2008
21                  Defendants.          ) Time:      9:30 a.m.
                                         ) Courtroom: 6/D (Santa Ana)
22  _____ )
                                           Mag. Judge: Hon. Robert N. Block
23                                                     411 W. Fourth Street, #1053
                                                       Santa Ana, CA 92701-4516
24

25  **TO THE HONORABLE COURT, TO PLAINTIFF *IN PRO SE* :**

26          NOTICE IS HEREBY GIVEN on September 30, 2008, at 9:30 a.m. in Courtroom

27  6/D, of the above-entitled court located at 411 West Fourth Street, #1053, Santa Ana,

28  California; before the Honorable Magistrate Judge Robert N. Block; Defendants **CITY**

1 **OF LOS ANGELES AND LOS ANGELES POLICE DEPARTMENT**

2 ("Defendants") will move this Court to dismiss Plaintiff's Complaint for failure to state

3 a claim for relief based on the following grounds:

4      1.    The state law claims should be stayed pursuant to *Government Code*

5           §945.3;

6      2.    The federal claims should be stayed pursuant to *Wallace v. Kato,* 594 U.S.

7           384 (2007);

8      3.    Defendant Aaron Green is currently on military in Iraq (*Soldiers & Sailors*

9           *Civil Relief Act* 50 U.S.C. §501, *et seq)* until the end of June of 2009.

10     Defendants are not required to comply with Local Rule 7-3 as Plaintiff is *in*

11 *propria persona*.

12     This motion to dismiss or in the alternative, motion to stay, will be based upon

13 this notice, the accompanying Memorandum of Points and Authorities, the Declaration

14 of Surekha A. Pessis, the Court's file and such further oral and/or documentary evidence

15 as may be presented at the time of the hearing.

16
17 DATED: September 9, 2008    Respectfully submitted,

18                        **ROCKARD J. DELGADILLO**, City Attorney
                        **MICHAEL L. CLAESSENS**, Senior Asst. City Atty.

19                        **CORY M. BRENTE**, Assistant City Attorney

20
21              By
                       **SUREKHA A. PESSIS**, Deputy City Attorney

22                        **Attorneys for Defendants, CITY OF LOS ANGELES**

23                        **and LOS ANGELES POLICE DEPARTMENT**

24
25
26
27
28

1

2

3

4

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

### A.  Background and Procedural History

Plaintiff, Lamont Doe (who Defendants understand to be Christian Curry), filed this action on January 14, 2008, in relation to events which he claims occurred on January 14, 2006, November 29, 2006, and December 20, 2006.  Plaintiff's wife filed her own lawsuit during March of 2007, which is entitled, *Jane Doe v. The City of Los Angeles, et al.*, United States District Court Case No. CV-07-1403 VAP(RNB).

The Complaint filed in this purported civil rights action included twenty-two causes of action which are as follows: (1) Deprivation of Civil Rights Under Color of Law (42 U.S.C. Sections 1983, 1985, 1986 and 1988); (2) Deprivation of Civil Rights Under Color of Law (42 U.S.C. Sections 1983, 1985, 1986 and 1988); (3) Assault; (4) Battery; (5) False Imprisonment/False Arrest; (6) Intentional Infliction of Emotional Distress; (7) Government Entity/Government Employee Liability/Negligence; (8) Violation of California Civil Code Section 52 and 52.1; (9) Perjury; (10) False Police Writing; (11) Improper Police Tactics; (12) Witness Intimidation; (13) Subornation of Perjury; (14) Destruction of Evidence; (15) Malicious Prosecution; (16) Harassment; (17) Conspiracy; (18) Libel; (19) Slander;  (20) Fabrication of Probable Cause; (21) Failure to Abide by Proper LAPD Procedures and (22) Fabrication of Evidence.

This Court provided Plaintiff with an extension of time in order to complete service of the summons and complaint on the Defendants in its order of May 8, 2008.  Pursuant to that order, the deadline was June 27, 2008.  Plaintiff requested additional time to comply with the Court's order.  On July 1, 2008, this Court provided Plaintiff with an additional extension of time until July 14, 2008, in order to serve the Defendants in this action with the summons and complaint.  Thereafter, on July 23, 2008, this Court issued an Order to Show Cause wherein it acknowledged that Plaintiff has failed to file

1 │ any proofs of service in this matter. Pursuant thereto, the Court has ordered Plaintiff to
2 │ file a declaration by August 12, 2008, which provides why this case should not be
3 │ dismissed without prejudice for want of prosecution.

4 │     On August 13, 2008, Plaintiff filed his First Amended Complaint which includes
5 │ the following causes of action: The First Amended Complaint filed by LaMont Doe on
6 │ or about August 13, 2008, includes the following claims: (1) Violation of Civil Rights
7 │ pursuant to42 U.S.C. Section 1983 (First, Fourth and Fourteenth Amendments-False
8 │ Arrest, False Imprisonment and Excessive Force); (2) Violation of Civil Rights pursuant
9 │ to 42 U.S.C. Section 1983 (First, Fourth and Fourteenth Amendments-False Arrest,
10 │ False Imprisonment and Excessive Force); (3) Violation of Civil Rights-Malicious
11 │ Prosecution (42 U.S.C. Section 1983-Fourth, Fifth, Sixth and Fourteenth Amendments);
12 │ (4) Conspiracy (42 U.S.C. Section 1983); (5) Conspiracy (42 U.S.C. Sections 1985 and
13 │ 1986); (6) Violation of Civil Rights (Negligent Hiring, Training, and Retention-42 U.S.
14 │ C. Section 1983); (7) Violation of Civil Rights ( Fourteenth Amendment-
15 │ Negligence/Breach of Statutory Duties" - 42 U.S.C. Section 1983); (8) Violation of
16 │ Civil Rights (Eighth Amendment-42 U.S.C. Section 1983); (9) Violation of Civil Rights
17 │ ("Retaliation"-First and Fourteenth Amendments-42 U.S.C. Section 1983); (10)
18 │ Violation of Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. Sections
19 │ 1961, et seq.); (11) Conspiracy to Violate Racketeer Influenced and Corrupt
20 │ Organizations Act (18 U.S.C. Sections 1961, et seq.); (12) Violation of Civil Rights
21 │ (Eighth Amendment-42 U.S.C. Section 1983); (13) Violation of Civil Rights ("Loss of
22 │ Consortium"-42 U.S.C. Section 1983); (14) Monell Liability (42 U.S.C. Section 1983).
23 │ ///
24 │ ///
25 │ ///
26 │ ///
27 │ ///
28 │ ///

**B. Relief Requested By Defendants**

Plaintiff is suing numerous Defendants in this litigation including the **CITY OF LOS ANGELES** and **LOS ANGELES POLICE DEPARTMENT** (hereinafter "Defendants"). Here, Defendants respectfully request an order dismissing this action, or in the alternative staying this action pursuant to *California Government Code* §945.3 and *Wallace v. Kato,* 594 U.S. 384 (2007).

Also, Defendant Aaron Green is currently on military leave in Iraq. His leave is expected to last until at least the end of June 2009. A stay of this action is therefore appropriate pursuant to 50 U.S.C. §501, *et seq*. For these reasons, the Motion should be granted.

## II.   STANDARDS ON A RULE 12(b)(6) MOTION

The court should dismiss a claim under F.R.Civ.P., Rule 12(b)(6) if "it appears beyond doubt that the Plaintiff can prove no set of facts in support of his claims which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99 (1957); *Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336, 338 (9th Cir. 1996).

In deciding a Rule 12(b)(6) motion, conclusory allegations of law and unwarranted inferences contained in the complaint are insufficient to defeat a motion to dismiss for failure to state a claim. *Arpin v. Santa Clara Valley Transp. Agency*, 261 F.3d 912, 923 (9th Cir. 2001). The court may also reject conclusory legal allegations cast in the form of factual allegations. *Bureerong v. Uvawas*, 922 F.Supp. 1450, 1462 (C.D.Cal. 1996). Dismissal is proper where there is no cognizable legal theory pled or an absence of sufficient facts alleged to support a cause of action. *Balistreri v. Pacifica Police Dep't.*, 901 F.2d 696, 699 (9th Cir. 1988).

Since the state law claims and federal claims are not cognizable in light of *California Government Code* §945.3 and *Wallace v. Kato,* 594 U.S. 384 (2007), this action should be dismissed. In the alternative, this action should be stayed.

///

-3-

**III.   THIS ACTION SHOULD BE STAYED PENDING THE RESOLUTION OF PLAINTIFF'S PARALLEL CRIMINAL ACTION**

**A. Government Code §945.3 Applies to This Action**

District courts, in their discretion and in the interests of justice, may stay a federal civil action until the resolution of a parallel state criminal proceeding. See *United States v. Kordel*, 397 U.S. 1, 12 n. 27(1970).  The decision whether to stay civil proceedings in the face of parallel criminal proceedings, should be made 'in light of the particular circumstances and competing interests involved in the case. (*Keating v. Office of Thrift Supervision*, 45 F.3d. 322, 324 (9ᵗʰ Cir. 1995)(citing *Federal Sav. & Loan Ins. Corp. v. Molinaro*, 889 F.2d 899, 902 (9ᵗʰ Cir. 1989).

In his First Amended Complaint, Plaintiff makes references to events which allegedly occurred on both January 14, 2006, November 29, 2006, and December 20, 2006. Previously, Plaintiff admitted in his Complaint that he is currently a Defendant in criminal case No. BA 296488 (*People of the State of California v. Christian Curry*).  According to Plaintiff, the Defendants' purported wrongful actions led to his arrest on January 14, 2006 and subsequent prosecution in Case No. BA 296488.  The criminal matter is currently pending.  (See Declaration of Surekha A. Pessis and Exhibit "A.")  As such, Plaintiff is barred from alleging any state law claims pursuant to *Cal. Government Code* § 945.3.

*California Government Code* Section 945.3 states in pertinent part:

> "No person charged by indictment, information, complaint, or
> other accusatory pleading charging a criminal offense may
> bring a civil action for money or damages against a peace
> officer or the public entity employing a peace officer based
> upon conduct of the peace officer relating to the offense for
> which the accused is charged, including an act or omission in
> investigating or reporting the offense or arresting or detaining
> the accused, while the charges against the accused are pending

-4-

1          before a superior court.

2              Any applicable statute of limitations for filing and prosecuting

3              these actions shall be tolled during the period that the charges

4              are pending before a superior court."

5          Further, Plaintiff admitted in his Complaint that his state law claims are tolled.

6    For these reasons, Plaintiff is barred from bringing the purported state law claims

7    identified in the Complaint. (See ¶3 of Plaintiff's Complaint.)

8

9          **B.**    *Wallace v. Kato*, 594 U.S. 384 (2007) Applies

10         In *Wallace v. Kato*, 594 U.S. 384, 127 S.Ct. 1091, 166 L. Ed.2d 973 (2007)

11   Plaintiff brought a false arrest claim in an untimely fashion following a period of tolling

12   until he reached the age of majority. In that action, the United State Supreme Court held

13   "if a Plaintiff files a false arrest claim before he has been convicted (or files any other

14   claim related to rulings that will likely be made in a pending or anticipated criminal

15   trial), it is within the power of the district court, and in accord with common practice, to

16   stay the civil action until the criminal case or the likelihood of a criminal case is ended.

17   " (Id. 984, citing *Heck,* 512 U.S. 477 at 487-488, n. 8.)

18         Here, if Plaintiff is convicted in his criminal case, the conviction will limit both

19   the factual and legal issues he can raise in this litigation with regard to any purported

20   federal claim. The docket for the parallel criminal action provides that trial is scheduled

21   to begin on October 27, 2008. (Declaration of Surekha A. Pessis.) For these reasons,

22   the federal claims should be stayed pending the resolution of Plaintiff's parallel criminal

23   action.

24   ///

25   ///

26   ///

27   ///

28   ///

-5-

1  **IV.    DEFENDANT AARON GREEN IS CURRENTLY ON MILITARY LEAVE**

2      As set forth in the attached Declaration of Surekha A. Pessis, Defendant Aaron

3  Green is currently on military leave in the nation of Iraq.  At this time, Defendant

4  Green's leave is expected to last until at least the end of June 2009.  It is possible that

5  Defendant Green's leave may be extended beyond the end of June 2009.  (See attached

6  Declaration of Surekha A. Pessis.)

7      This actions should be stayed as to Defendant Green in accordance with 50 U.S.C.

8  Section 521, entitled, "Protection of service members against default judgments, which

9  states in pertinent part:

10          (a) This section applies to any civil action or proceeding in which the

11              defendant does not make an appearance.

12          (d) In an action covered by this section in which the defendant is in military

13              service, the court shall grant a stay of proceedings for a period of 90 days

14              under this subsection upon application of counsel, or on the court's own

15              motion, if the court determines that-

16                  (1) there may be a defense to the action and a

17                  defense cannot be presented without the presence

18                  of the defendant; or

19                  (2) after due diligence, counsel has been unable to

20                  contact the defendant or otherwise determine if a

21                  meritorious defense exists.

22      Here, Defendants request a stay of these proceedings until both the criminal

23  matter has been resolved and after Officer Green has returned from military leave.

24

25  ///

26  ///

27  ///

28  ///

1  **V.   CONCLUSION**

2      For the foregoing reasons, Defendants respectfully request this Honorable Court

3  grant Defendants' Motion to Dismiss, in its entirety, or in the alternative, Motion for a

4  Stay until the resolution of Plaintiff's parallel criminal action and the return of

5  Defendant Green from military leave.

6

7  DATED:  September 9, 2008       Respectfully submitted,

8                                 ROCKARD J. DELGADILLO, City Attorney
                                   MICHAEL L. CLAESSENS, Senior Assistant
9                                           City Attorney
                                   CORY M. BRENTE, Assistant City Attorney
10

11                                 By _____
                                        SUREKHA A. PESSIS, Deputy City Attorney
12

13                                 *Attorneys for Defendant,* **CITY OF LOS ANGELES
                                   and LOS ANGELES POLICE DEPARTMENT**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SUREKHA A. PESSIS

I, SUREKHA A. PESSIS, declare and state as follows:

1.    I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a Deputy City Attorney at the Office of the City Attorney for the City of Los Angeles, Attorneys of Record for the Defendants in the matter of *Lamont Doe v. The Los Angeles Police Department, et al.*, United States District Court Case No. CV 08-00237 VAP(RNB) . Except upon those matters stated upon information and belief, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.    Attached hereto and marked as Exhibit "A" is a true and correct copy of the docket from Case No. BA314413 (consolidated with BA296488)), wherein Plaintiff LaMont Doe is the Defendant. The docket provides that trial is currently scheduled to begin on October 27, 2008. (See also the Defendants' Opposition to LaMont Doe's Motion to Intervene and Stay Proceedings in the action entitled, *Jane Doe v. The City of Los Angeles, et al.* (CV 07-1403-VAP(RNB), e-filed on September 2, 2008**).**

3.    I am currently informed that Los Angeles Police Officer Aaron Green is on military leave at this time and stationed in the nation of Iraq. It appears as though Officer Green will be on military leave until at least the end of June 2009 and possibly for an additional period of time.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed this ___9th___ day of September 2008, at Los Angeles, California.


                              _____
                              SUREKHA A. PESSIS, Declarant

-8-

```
                    SUPERIOR COURT OF CALIFORNIA
                      COUNTY OF LOS ANGELES
NO. BA296488                              PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.     CURRENT DATE 08/28/08
DEFENDANT 01:  CHRISTIAN LEIGH CURRY
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LAPD - JAIL DIVISION

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY    REGISTER
         DATE     OF BAIL   POSTED   BOND NO.                     NUMBER
       02/17/06   $25,000.00 01/20/06 A2500264256  ACCREDITEDSRTY&CASCO 16020009
       07/05/06   $75,000.00 06/29/06 R10012541845 FAIRMONT SPECTLY GRP 16180003

CASE FILED ON 04/06/06.
INFORMATION FILED ON 04/20/06.
OFFENSE(S):
    COUNT 01: 69 PC FEL  - OBSTRUCT/RESIST EXECUTIVE OFCR.
    COUNT 02: 69 PC FEL  - OBSTRUCT/RESIST EXECUTIVE OFCR.
    COUNT 03: 422 PC FEL  - MAKING A CRIMINAL THREAT.
    COUNT 04: 69 PC FEL  - OBSTRUCT/RESIST EXECUTIVE OFCR.
    COUNT 05: 69 PC FEL  - OBSTRUCT/RESIST EXECUTIVE OFCR.
COMMITTED ON OR ABOUT 01/14/06 IN THE COUNTY OF LOS ANGELES

NEXT SCHEDULED EVENT:
  04/20/06   830 AM  ARRAIGNMENT   DIST CENTRAL DISTRICT DEPT 124


ON 04/11/06 AT  900 AM  IN CENTRAL DISTRICT DEPT CLK

  CASE CALLED FOR PRELIMINARY TRANSCRIPT FILED
PARTIES: NONE (JUDGE)  NONE  (CLERK)
            NONE       (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  TRANSCRIPT RECEIVED AND SENT TO DEPARTMENT# 124.FB
NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR

CUSTODY STATUS: BAIL TO STAND


ON 04/20/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 124

  CASE CALLED FOR ARRAIGNMENT

PARTIES: JUDITH CHAMPAGNE (JUDGE)  MARIANNE CALVIN  (CLERK)
              MICHELLE LOGO  (REP)     CLAYBURN H. PETERS  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  INFORMATION FILED.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
  MATTER IS CONTINUED FOR DEFENDANT TO COMPLETE RETAINER
  AGREEMENT WITH COUNSEL WILLAM. G. MOORE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
05/04/06   830 AM  ARRAIGNMENT   DIST CENTRAL DISTRICT DEPT 124

CUSTODY STATUS: BAIL TO STAND


ON 05/04/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 124

  CASE CALLED FOR ARRAIGNMENT
```

EXHIBIT A PAGE 1

CASE NO. BA296488                          PAGE NO.   2
DEF NO.  01                                DATE PRINTED 08/28/08

PARTIES: JUDITH CHAMPAGNE (JUDGE)  MARIANNE CALVIN  (CLERK)
                MICHELLE LOGO  (REP)      CLAYBURN H. PETERS  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   THE DEFENDANT IS ARRAIGNED.
 COURT ADVISES DEFENDANT THAT SELF-REPRESENTATION IS ALMOST ALWAYS AN UNWISE
   CHOICE, AND WILL NOT WORK TO HIS ADVANTAGE; FURTHER, THAT HE WILL NOT BE
   HELPED OR TREATED WITH SPECIAL LENIENCY BY THE COURT OR THE PROSECUTOR, AND
   THAT HE WILL BE HELD TO THE SAME STANDARDS OF CONDUCT AS AN ATTORNEY.
   FURTHER, IF HE WISHES TO REPRESENT HIMSELF, HE WILL NOT BE ABLE TO CLAIM
   LATER THAT HE MADE A MISTAKE, OR THAT HE RECEIVED INEFFECTIVE ASSISTANCE OF
   COUNSEL.
 COURT FINDS THAT THE DEFENDANT VOLUNTARILY AND INTELLIGENTLY CHOOSES
   SELF-REPRESENTATION, AND THAT HE KNOWINGLY, INTELLIGENTLY, UNDERSTANDINGLY,
   AND EXPLICITLY WAIVES HIS RIGHT TO COUNSEL, AND DETERMINES THAT DEFENDANT IS
   COMPETENT TO REPRESENT HIMSELF.
DEFENDANT WAIVES ARRAIGNMENT, READING OF INFORMATION/INDICTMENT, AND STATEMENT
OF CONSTITUTIONAL AND STATUTORY RIGHTS.

DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 69 PC - OBSTRUCT/RESIST EXECUTIVE
   OFCR.
DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 69 PC - OBSTRUCT/RESIST EXECUTIVE
   OFCR.
THE COURT ORDERS A PRE-PLEA REPORT PURSUANT TO PENAL CODE SECTION 1203.7.
THE DEFENDANT'S COUNSEL DOES NOT CONSENT TO A PRE-PLEA INTERVIEW.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   A PETITION TO PROCEED IN PROPRIA PERSONA IS FILED.
   .
   THE DEFENDANT IS ADMONISHED BY THE COURT TO BEHAVE LIKE AN
   ATTORNEY IN THE COURTROOM AND THE COURT WILL NOT ALLOW ANY
   INAPPROPRIATE BEHAVIOR BY THE DEFENDANT.
   .
   THE DEFENDANT INDICATES THAT HE MAY WISH TO HAVE ADVISORY
   COUNSEL PRESENT IN THE COURTROOM DURING COURTROOM PROCEEDINGS.
   THE COURT STATES THAT IT WILL NOT ALLOW ADVISORY COUNSEL IN THE
   COURTROOM WITHOUT THE COURT QUESTIONING COUNSEL ABOUT
   ADVISORY REPRESENTATION.
   .
   DEFENDANT DENIES SPECIAL ALLEGATIONS.
   .
   THE MATTER IS CONTINUED AS INDICATED BELOW.
NEXT SCHEDULED EVENT:
06/07/06   830 AM  PRE-PLEA REPORT/PRETRIAL   DIST CENTRAL DISTRICT DEPT 124
NEXT SCHEDULED EVENT 2:
 06/23/06   830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 124

CUSTODY STATUS: BAIL TO STAND


ON 06/07/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 124

   CASE CALLED FOR PRE-PLEA REPORT/PRETRIAL
PARTIES: JUDITH CHAMPAGNE (JUDGE)  ANNE NGUYEN  (CLERK)
                MICHELLE LOGO      (REP)  CLAYBURN H. PETERS  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   -ON SURETY BOND  X: 1916120

EXHIBIT _A_  PAGE ___2___

CASE NO. BA296488
DEF NO.  01

PAGE NO.   3
DATE PRINTED 08/28/08

THE MATTER ON CALENDAR FOR PRETRIAL CONFERENCE.

PEOPLE FILES NOTICE OF MOTION TO QUASH SUBPOENA DUCES TECUM FOR
PRODUCTIONS OF DOCUMENTS IS HEARD AND GRANTED.

THE MATTER IS SET FOR JURY TRIAL ON JUNE 23, 2006 AT 8:30 A.M.
IN THIS DEPARTMENT.

COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
JURY TRIAL

CUSTODY STATUS: BAIL TO STAND


ON 06/23/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 124


   CASE CALLED FOR JURY TRIAL
PARTIES: JUDITH CHAMPAGNE (JUDGE)  MARIANNE CALVIN  (CLERK)
              MICHELLE LOGO        (REP)  CLAYBURN H. PETERS  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
BAIL SET AT $75,000
   -NEW BOOKING #9097792; X1916120
   AT 10 A.M., THE COURT INQUIRES IF DEFENDANT IS PRESENT IN
THE COURTROOM.  NO RESPONSE.  COURT STAFF ARE DIRECTED TO
CHECK THE HALLWAY WITH NO RESPONSE.

BAIL IS FORFEITED.  A BENCH WARRANT IS ORDERED ISSUED.
NO BAIL.

DEFENDANT ARRIVES LATE TO COURT AT 10:25 A.M.

THE BENCH WARRANT IS ORDERED QUASHED.

BAIL FORFEITURE IS SET ASIDE WITH NO COSTS ASSESSED,
REINSTATED AND EXONERATED.


BAIL IS RESET AT $75,000.00.  DEFENDANT IS REMANDED.

MATTER IS SET FOR BELOW DATE.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   07/05/06   830 AM  PRETRIAL CONF/TRIAL SETTING   DIST CENTRAL DISTRICT DEPT
   124

CUSTODY STATUS: BAIL EXONERATED
CUSTODY STATUS: REMANDED TO CUSTODY


ON 07/05/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 124

   CASE CALLED FOR PRETRIAL CONF/TRIAL SETTING
PARTIES: JUDITH CHAMPAGNE (JUDGE)  MARIANNE CALVIN  (CLERK)
              BERNICE COYLE        (REP)  CLAYBURN H. PETERS  (DDA)

EXHIBIT _A_ PAGE __3__

```
CASE NO. BA296488                           PAGE NO.   4
DEF NO.  01                                 DATE PRINTED 08/28/08
```

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  PRETRIAL CONFERENCE IS HELD AND CONTINUED TO BELOW DATE.
  COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  08/04/06   830 AM  PRETRIAL AND MOTION   DIST CENTRAL DISTRICT DEPT 124
NEXT SCHEDULED EVENT 2:
  08/14/06   830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 124

CUSTODY STATUS: BAIL TO STAND


ON 08/04/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 124

  CASE CALLED FOR PRETRIAL AND MOTION
PARTIES: JUDITH CHAMPAGNE (JUDGE)  MARIANNE CALVIN  (CLERK)
             NONE     (REP)  NONE  (DDA)

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  COURT ORDERS AND FINDINGS:
   -DISQUALIFICATION OF JUDGE  JUDITH L. CHAMPAGNE FILE BY
    DEFENDANT. PURSUANT TO 170.6CCP CASE TRANSFERRED TO  DEPARTMENT
    119 PURSUANT TO TELEPHONIC DIRECTION OF DEPARTMENT 100. TRIAL
    DATE OF AUGUST 14, 2006 IN DEPARTMENT 124 IS VACATED.
NEXT SCHEDULED EVENT:
  08/04/06   900 AM  PRETRIAL AND MOTION   DIST CENTRAL DISTRICT DEPT 119

CUSTODY STATUS: BAIL TO STAND


ON 08/04/06 AT  900 AM  IN CENTRAL DISTRICT DEPT 119

  CASE CALLED FOR PRETRIAL AND MOTION
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
            CHRISTINE TAYLOR     (REP)  CLAYBURN H. PETERS  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  - DDA: CLAY PETERS

  DEPUTY DISTRICT ATTORNEY ALISON MYERS APPEARS ON BEHALF OF
  CLAY PETERS.

  ALL DEFENDANT'S SUBPOENAS PREVIOUSLY SERVED ARE RECALLED WITH
  THE DEFENDANT'S CONSENT.

  UPON THE REQUEST OF THE DEFENDANT COURT ORDERS CASE CONTINUED
  TO 8/25/06 FOR FURTHER PRETRIAL CONFERENCE.
  COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  08/25/06   830 AM  PRETRIAL CONFERENCE   DIST CENTRAL DISTRICT DEPT 119

CUSTODY STATUS: BAIL TO STAND

EXHIBIT _A_ PAGE _____   4

CASE NO. BA296488                    PAGE NO.   5
DEF NO.  01                          DATE PRINTED 08/28/08


ON 08/25/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 119

  CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
                CHRISTINE TAYLOR      (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  - DDA: MATT VODNOY       PITCHESS & 995PC MOTION
.
THE FOLLOWING MOTIONS ARE RECEIVED AND ADDRESSED AS FOLLOWS:
.
      MOTION                          ACTION
      ------                          ------
1. MOTION TO CONTINUE                 GRANTED
2. PITCHESS MOTION                    CALENDARED FOR 9/21/06
3. 995PC MOTION                       CALENDARED FOR 9/21/06

4. MOTION TO REDUCE BAIL              GRANTED.
.
COURT ORDERS BAIL REDUCED TO $50,000.00.
CURRENT SURETY BOND TO REMAIN UNTIL NEW BOND IS POSTED.
.
MOTION FOR MULTIPLE DISCOVERY HEARD AND RULED UPON AS MORE
REFLECTED IN THE NOTES OF THE COURT REPORTER.
.
UPON THE REQUEST OF THE DEFENDANT COURT ORDERS CASE CONTINUED
TO 9/21/06 FOR:
1. FURTHER PRETRIAL CONFERENCE
2. 995PC MOTION
3. PITCHESS MOTION
.
COURT REPORTER CHRISTINE VESTED-TAYLOR IS ORDERED TO PROVIDE
THIS COURT WITH A TRANSCRIPT OF TODAY'S PROCEEDINGS( 1 ORIGINAL
+ 2 COPIES) BY THE NEXT COURT DATE OF 9/21/06.
COSTS FOR PRODUCTION OF TRANSCRIPTS TO BE BORNE BY THE COUNTY
OF LOS ANGELES.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  09/21/06   830 AM  PITCHESS MOTION   DIST CENTRAL DISTRICT DEPT 119

CUSTODY STATUS: BAIL TO STAND


ON 09/07/06 AT  400 PM  IN CENTRAL DISTRICT DEPT 119

  CASE CALLED FOR ADVANCEMENT
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
                CHRISTINE TAYLOR      (REP)  NONE  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  - DDA: MATT VODNOY       PITCHESS & 995PC MOTION
.
CAUSE IS CALLED AT THE REQUEST OF THE DEFENDANT FOR THE PURPOSE
OF RESETTING THE NEXT COURT DATE.
.

EXHIBIT 4  PAGE 5

CASE NO. BA296488
DEF NO.  01

PAGE NO.   6
DATE PRINTED 08/28/08

    UPON THE REQUEST OF THE DEFENDANT COURT ORDERS CASE CONTINUED
    TO 9/26/06 FOR:
    1. FURTHER PRETRIAL CONFERENCE
    2. 995PC MOTION
    3. PITCHESS MOTION
    .
    PREVIOUSLY SET COURT DATE OF 9/21/06 IS ADVANCED AND VACATED
    THIS DATE.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
    09/26/06   830 AM  PITCHESS MOTION   DIST CENTRAL DISTRICT DEPT 119

CUSTODY STATUS: BAIL TO STAND


ON 09/26/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 119


    CASE CALLED FOR PITCHESS MOTION
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
              CHRISTINE TAYLOR      (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER
    -DDA: MATT VODNOY
    CAUSE CALLED FOR PITCHESS MOTION AND 995 PC MOTION.
    .
    PRESENT IN COURT ARE DEPUTY CITY ATTORNEY APRAHAM ATTEUKENIAN
    AND LOS ANGELES POLICE DEPARTMENT CUSTODIAN OF RECORDS JOHN
    GALITZEN.
    .
    COURT HAS READ AND CONSIDERED DEFENDANTS DECLARATION.
    MOTION FOR PITCHESS DISCOVERY IS DENIED.
    .
    PEOPLE TURN OVER TO DEFENDANT IN OPEN COURT REQUESTED DISCOVERY.
    .
    DEFENDANT IS ORDERED TO COMPLY WITH DISCOVERY BY 10/6/06.
    .
    COURT ORDERS CASE CONTINUED TO 10/13/06 FOR FURTHER PRETRIAL
    CONFERENCE.
    .
    COURT ORDERS AND FINDINGS:
    - THE COURT STATES THAT IT HAS READ AND CONSIDERED THE TRANSCRIPT
       OF THE PRELIMINARY HEARING. MOTION PURSUANT TO SECTION 995
       PENAL CODE IS DENIED AS TO COUNTS 01 AND 02.
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
    10/13/06   830 AM  PRETRIAL CONFERENCE   DIST CENTRAL DISTRICT DEPT 119

CUSTODY STATUS: BAIL TO STAND


ON 10/13/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 119

    CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
              CHRISTINE TAYLOR      (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER

EXHIBIT A PAGE 6

CASE NO. BA296488                          PAGE NO.   7
DEF NO.  01                                DATE PRINTED 08/28/08

  -DDA: MATT VODNOY
.
DEPUTY DISTRICT ATTORNEY SUSAN JUNG APPEARS ON BEHALF OF
MATT VODNOY.
.
DEFENDANT'S MOTION TO DISMISS DUE TO INEFFECTIVE ASSISTANCE OF
COUNSEL IS DENIED AS MORE ACCURATELY REFLECTED IN THE NOTES OF
THE COURT REPORTER.
.
UPON THE REQUEST OF THE PEOPLE COURT ORDERS CASE CONTINUED
TO 10/23/06 FOR FURTHER PRETRIAL CONFERENCE.
COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  10/23/06   830 AM  PRETRIAL CONFERENCE   DIST CENTRAL DISTRICT DEPT 119

CUSTODY STATUS: BAIL TO STAND


ON 10/23/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 119

  CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
            CHRISTINE TAYLOR      (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY WILLIAM G MOORE PRO PER
  - 05 OF 10 ON 11-3-06  /  0 STRIKES  /  TIME EST: 6 DAYS
  - DDA: MATT VODNOY
.
COURT ORDERS JURY TRIAL CONTINUED AND TRANSFERRED TO DEPARTMENT
100 FOR NOVEMBER 3, 2006 AS DAY 05 OF 10.
.
COURT ORDERS BODY ATTACHMENTS IN THE AMOUNT OF $NO BAIL ISSUED
AND HELD TO 11/3/06 FOR THE FOLLOWING INDIVIDUALS:
OFFICERS DUNSTER, FILLMORE, AND HAWKINS AND SEARGENTS AIKINS,
KORN, LEGASPI, AND TIMILIN.
COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
  11/03/06   830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 100

CUSTODY STATUS: BAIL TO STAND


ON 11/03/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 100

  CASE CALLED FOR JURY TRIAL
PARTIES: STEVEN R. VANSICKLEN (JUDGE)  ANITA WILLIAMS  (CLERK)
            MONET BARRIOS      (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HIMSELF IN PRO PER
  AT 8:45AM, DEFENDANT FAILS TO APPEAR WITHOUT SUFFICIENT EXCUSE.
  BENCH WARRANT ISSUED.  BAIL IS SET AT NO BAIL.  BAIL FORFEITED.
.
AT 9:15, THE DEFENDANT APPEARS.  BENCH WARRANT ORDERED RECALLED.
.
JURY TRIAL IS TRAILED TO 11-6-06 IN DEPARTMENT 100 AS DAY 8 OF
10.

```
CASE NO. BA296488                          PAGE NO.   8
DEF NO.  01                                DATE PRINTED 08/28/08
```

```
  .
  BAIL FORFEITURE SET ASIDE.  BAIL IS REINSTATED.
  DEFENDANT IS ADMONISHED TO BE ON TIME.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NO STATUTORY TIME WAIVED.
NEXT SCHEDULED EVENT:
  11/06/06   830 AM  JURY TRIAL    DIST CENTRAL DISTRICT DEPT 100

CUSTODY STATUS: BAIL TO STAND


ON 11/06/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 100

  CASE CALLED FOR JURY TRIAL
PARTIES: KATHLEEN KENNEDY-POWELL (JUDGE)  GLORIA ARMENTA  (CLERK)
              SHERRY QUENGA      (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

  DEFENDANT APPEARS IN PRO PER
  THE CASE IS ORDERED
  TRANSFERRED TO DEPARTMENT 119 FOR MOTION TO CONTINUE, BY THE
  JUDGE SUPERVISING THE MASTER CALENDAR. THE PARTIES ARE SO
  NOTIFIED. DEFENDANT IS ORDERED TO THAT DEPARTMENT.
  .
  IF MOTION TO CONTINUED IS DENIED, MATTER TO BE RETURNED TO
  DEPARTMENT 100.

NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
  11/06/06   900 AM  MOTION   DIST CENTRAL DISTRICT DEPT 119

CUSTODY STATUS: BAIL TO STAND


ON 11/06/06 AT  900 AM  IN CENTRAL DISTRICT DEPT 119

  CASE CALLED FOR MOTION
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
              AVEROL DAVIS      (REP)  MATTHEW M. VODNOY  (DA)

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  - 09 OF 10 ON 11-7-06  /  0 STRIKES  /  TIME EST: 6 DAYS
  - DDA: MATT VODNOY
  .
  CAUSE CALLED FOR MOTION TO CONTINUE PURSUANT TO PENAL CODE
  SECTION 1050.
  .
  CAUSE IS ARGUED AND MOTION TO CONTINUE IS DENIED.
  .
  COURT ORDERS CASE CONTINUED AND RETURNED TO DEPARTMENT 100
  FOR JURY TRIAL ON NOVEMBER 7, 2006 AS DAY 09 OF 10.
  .
  PEOPLE ADMONISHED TO HAVE ALL SUPOEANED OFFICERS PRESENT IN
  DEPARTMENT 100 ON 11/7/06 TO BE ORDERED ON CALL.
```

EXHIBIT 4 PAGE 8

```
CASE NO. BA296488                         PAGE NO.   9
DEF NO.  01                               DATE PRINTED 08/28/08
```

```
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  11/07/06   830 AM  JURY TRIAL    DIST CENTRAL DISTRICT DEPT 100

CUSTODY STATUS: BAIL TO STAND


ON 11/07/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 100

  CASE CALLED FOR JURY TRIAL
PARTIES: KATHLEEN KENNEDY-POWELL (JUDGE)  GLORIA ARMENTA  (CLERK)
                 SHERRY QUENGA       (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  ALL PARTIES HAVING ANNOUNCED READY, THE CASE IS ORDERED
  TRANSFERRED TO DEPARTMENT 115 FORTHWITH FOR TRIAL, BY THE
  JUDGE SUPERVISING THE MASTER CALENDAR. THE PARTIES ARE SO

  NOTIFIED. DEFENDANT IS ORDERED TO THAT DEPARTMENT.
NEXT SCHEDULED EVENT:
  11/07/06   900 AM  JURY TRIAL    DIST CENTRAL DISTRICT DEPT 115

CUSTODY STATUS: BAIL TO STAND


ON 11/07/06 AT  900 AM  IN CENTRAL DISTRICT DEPT 115

  CASE CALLED FOR JURY TRIAL
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
                 JACK SCHEINFELD (REP)      MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  AMENDED INFORMATION FILED AND THE DEFENDANT IS ARRAIGNED.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
  -(TRIAL IN PROGRESS)
  .
  CASE IS TRANSFERRED FROM DEPARTMENT 100 FOR TRIAL, DAY 09 OF 10.
  WITNESSES: OPPELT, TOMILIN, FILLMORE AND DUNSTER ARE ORDERED

  ON-CALL TO THE PEOPLE AND THE DEFENSE.
  OFFICERS AIKENS, HORN AND LEGASPY: BODYA ATTACHMENT ISSUED AND
  HELD IS HELD TO THE DATE BELOW.
  .
  THE COURT AND COUNSEL AND THE DEFENDANT DISCUSS SETTLEMENT OFF
  THE RECORD.
  ON THE RECORD:
  THE COURT GRANTS THE DEFENSE MOTION TO CONTINUE THE CASE TO THE
  DATE BELOW FOR TRIAL, DAY 09 OF 10.
  .
  THE COURT DENIES THE DEFENDANT'S REQUEST TO CONTINUE THE CASE TO
  THE HIRE COUNSEL.
  .
  THE CASE IS CONTINUED TO THE DATE BELOW AND ALL PARTIES ARE
  ORDERED TO RETURN FOR TRIAL.
```

```
CASE NO. BA296488                    PAGE NO.  10
DEF NO.  01                          DATE PRINTED 08/28/08
```

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
11/08/06  1000 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 115

CUSTODY STATUS: BAIL TO STAND


ON 11/08/06 AT 1000 AM  IN CENTRAL DISTRICT DEPT 115

   CASE CALLED FOR JURY TRIAL
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
              P. CHRISTINE CHAVEZ       (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   -(BAIL TO STAND)
   THE DEFENDANT FAILS TO APPEAR AT 10:00A.M.
   THE COURT ORDERS BAIL FORFEITED AND A BENCH WARRANT ISSUED: NO

   BAIL.
   THE DEFENDANT APPEARS AT 11:05A.M.
   THE COURT ORDERS THE DEFENDANT REMANDED.

   AT 11:45A.M. THE COURT ORDERS THE BENCH WARRANT RECALLED AND
   QUASHED. THE COURT ORDERS BAIL REINSTATED.

   THE BODY ATTACHMENTS FOR: OFFICERS AIKENS, LEGASPI AND KORNE ARE
   QUASHED THIS DATE: OFFICERS AIKENS AND LEGASPI ARE ORDERED
   PLACED ON-CALL TO THE PEOPLE.
   OFFICER TORRES IS PLACED ON CALL TO THE PEOPLE.

   THE DEFENDANT IS ORDERED TO STAY AT LEAST 20 FEET AWAY FROM
   THE OFFICERS PATROLLING THE HOLLYWOOD AREA.

   THE COURT GRANTS THE DEFENDANT A CONTINUANCE TO RETAIN PRIVATE
   COUNSEL AND APPEAR IN COURT ON THE DATE BELOW READY FOR TRIAL
   WITH OR WITHOUT COUNSEL.

   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  11/09/06   900 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 115

CUSTODY STATUS: BAIL TO STAND


ON 11/09/06 AT  900 AM  IN CENTRAL DISTRICT DEPT 115

   CASE CALLED FOR JURY TRIAL
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
              P. CHRISTINE CHAVEZ       (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY STEPHEN RODRIGUEZ PRIVATE
   COUNSEL
   -(BAIL TO STAND)
   THE COURT GRANTS THE DEFENDANT'S MOTION TO RETAIN PRIVATE
   COUNSEL, MR. RODRIGUEZ, FOR ALL PURPOSES. THE DEFENDANT GIVES
   UP HIS PRO PER STATUS.

EXHIBIT __4__ PAGE ____0

```
CASE NO. BA296488                        PAGE NO.  11
DEF NO.  01                              DATE PRINTED 08/28/08
```

THE COURT GRANTS THE DEFENSE REQUEST TO CONTINUE THE CASE TO THE
DATE BELOW FOR TRIAL, DAY 00 OF 15.
.
COURT ORDERS AND FINDINGS:
 -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 11/29/06  830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 115

CUSTODY STATUS: BAIL TO STAND


ON 11/22/06 AT  900 AM  IN CENTRAL DISTRICT DEPT CLK

  CASE CALLED FOR FILING ONLY
PARTIES: NONE (JUDGE)  NONE  (CLERK)
               NONE      (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

  NOTICE OF MOTION AND MOTION TO BE RELIEVED OF ATTORNEY;...
  IS FILED IN M-6 ON THIS DATE FOR DEPT. 115.
NEXT SCHEDULED EVENT:
FILING ONLY

CUSTODY STATUS: BAIL TO STAND


ON 11/29/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 115

  CASE CALLED FOR JURY TRIAL
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
               P. CHRISTINE CHAVEZ       (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY STEPHEN RODRIGUEZ PRIVATE
  COUNSEL
BAIL ORDERED FORFEITED.
 -------------------------------------------------------------
  CASE IS BEFORE THE COURT FOR TRIAL.
  THE DEFENDANT FAILS TO APPEAR THIS DATE AND THE COURT ORDERS A
  BENCH WARRANT ISSUED FORTHWITH:  BAIL SET AT $250,000.00.
  .
  THE COURT ORDERS BAIL FORFEITED:  BAIL FORFEITURE CARD
  # 143718 ISSUED THIS DATE.
  .
  MR.  RODRIGUEZ REMAINS AS ATTORNEY OF RECORD.
  .
 -------------------------------------------------------------
NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED
11/29/06 FORFEITURE, # R10012541845
11/29/06 BAIL FORFEITURE NOTICE PRINTED, # R10012541845

11/29/06 BENCH WARRANT IN THE AMOUNT OF $250,000.00 BY ORDER OF JUDGE RUTH ANN
  KWAN ISSUED. (11/29/06).


ON 12/04/06 AT 1000 AM :
  NOTICE OF FORFEITURE MAILED TO SURETY AND AGENCY ON 12-04-06.
  185TH DAY IS 06-07-07.BOND NO. R10012541845. REG.NO. 16180003
```

EXHIBIT *A* PAGE 11

```
CASE NO. BA296488                        PAGE NO.  12
DEF NO.  01                              DATE PRINTED 08/28/08
```

ON 12/27/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 115

    CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
              P. CHRISTINE CHAVEZ      (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER
BAIL SET AT $250,000
    -BK# 9331749  (COURT OF APPEAL STAY IN EFFECT)
    .
    THE DEFENDANT APPEARS BEFORE THE COURT AS A BENCH WARRANT
    PICK-UP.
    THE COURT ORDERS THE BENCH WARRANT RECALLED AND QUASHED.
    .
    THE DEFENDANT DECLINES REPRESENTATION AND PROCEEDS IN PRO PER.
    .
    (THE APPEAL COURT STAY OF PROCEEDINGS WAS FILED ON NOVEMBER 28,
    2006).
    .
    THE COURT ORDERS THE CASE CONTINUED TO THE DATE BELOW FOR
    STATUS CHECK.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
    01/18/07   830 AM   STAY ORDER   DIST CENTRAL DISTRICT DEPT 115

CUSTODY STATUS: DEFENDANT REMANDED


ON 12/27/06 AT 1030 AM :
    DEFENDANT WAS PRESENT, BUT THE BOND HAS NOT BEEN ADDRESSED.
    THE BOND TO BE EXONERATED PER EMMA FERRA ON 12-27-06
    BOND IS EXONERATED AS INSTRUCTED BY EMMA FERRA .

12/27/06 BENCH WARRANT IN THE AMOUNT OF $250,000.00   RECALLED. (12/27/06).



ON 12/28/06 AT  830 AM  IN CENTRAL DISTRICT DEPT 115

    CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: RUTH ANN KWAN (JUDGE)  JULIE A. RAMIREZ  (CLERK)
              RENE MARIE EVANKO        (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    ******NO LEGAL FILE*******
    .
    PURSUANT TO COURT OF APPEAL RULING OF 12/28/06 THE COURT VACATES
    BAIL FORFEITURE OF 11/29/06.  BAIL FORFEITURE IS SET ASIDE AND
    REINSTATED.  THE DEFENDANT IS ORDERED RELEASED.
    .
    RELEASE NO.  AN004632
    .
    BAIL FORFEITURE CARD SERIAL NUMBER  131645 IS ISSUED.
NEXT SCHEDULED EVENT:

```
CASE NO. BA296488                      PAGE NO.  13
DEF NO.  01                            DATE PRINTED 08/28/08

STAY ORDER


ON 01/08/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 115

   CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
               NONE       (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   -------------------------------------------------------------
   PURSUANT TO THE COURT OF APPEAL FILED ON JAUNAURY 4, 2007, THIS
   COURT MAKES THE FOLLOWING ORDERS:

   1). ALL ORDERS ENTERED BY THIS COURT ON OR AFTER NOVEMBER 28,
   2006 ARE VACATED.

   2). BAIL IN THE AMOUNT OF $75,000.00 THAT WAS IN EFFECT ON

   NOVEMBER 28, 2006 IS REINSTATED.

   3). THE COMMITMENT ORDER ISSUED BY JUDGE STEVEN KLEIFIELD ON
   APRIL 6, 2006 IS VACATED.

   4). THE COURT CLERK OF THIS COURT IS TO IMMEDIATELY FORWARD A
   COPY OF THIS ORDER TO THE COURT OF APPEAL, SECOND APPELLATE
   DISTRICT, DIVISON THREE.
   .
   -------------------------------------------------------------
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED



ON 01/18/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 115

   CASE CALLED FOR STAY ORDER
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
               P. CHRISTINE CHAVEZ       (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

   DEFENDANT APPEARS IN PRO PER
   -------------------------------------------------------------
   THE CASE REMAINS IN THE SAME PROCEDURAL POSTURE: ALL PROCEEDINGS
   ARE STAYED.
   THE COURT TRAILS THE CASE TO THE DATE BELOW.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   02/08/07   830 AM  STAY ORDER   DIST CENTRAL DISTRICT DEPT 115


ON 02/08/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 115

   CASE CALLED FOR STAY ORDER
PARTIES: RUTH ANN KWAN (JUDGE)  ROBERT ULANDER  (CLERK)
               KHOWOONSUN CHONG       (REP)  MATTHEW M. VODNOY  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
```

EXHIBIT  A  PAGE  13

CASE NO. BA296488                          PAGE NO.  14
DEF NO.  01                                DATE PRINTED 08/28/08

    ----------------------------------------------------------------
    THE COURT CALLS THE CASE TO DETERMINE THE STATUS OF THE COURT
    OF APPEAL STAY ORDER.
    .
    THE COURT STATES IN OPEN COURT, WITH THE DEFENDANT PRESENT,
    THE COURT OF APPEAL RULING DATED JANUARY 24, 2007 INDICATES THE
    STAY IN THE IMMEDIATE CASE HAS BEEN LIFTED AND THE PETITION
    DISMISSED.
    .
    ACCORDINGLY, THE COURT ORDERS THE CASE TRANSFERRED TO DEPARTMENT
    52 FOR PRELIMINARY HEARING (IN COMPLIANCE WITH THE COURT OF
    APPEAL RULING/ORDER) ON THE DATE BELOW, DAY 00 OF 10.
    .
    THE DEFENDANT IS CURRENTLY ON BAIL: THE CORRECT BAIL IN THIS
    CASE IS $50,000.00 AND SHOULD BE REFLECTED AS THE CORRECT BAIL
    IN THIS CASE ONLY.
    .
    ALL PARTIES ARE ORDERED TO RETURN TO COURT ON THE DATE BELOW.

    .
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  03/23/07   830 AM  PRELIMINARY HEARING   DIST CENTRAL DISTRICT DEPT 652


ON 03/22/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 650

   CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: DAVID M. HORWITZ (JUDGE)  LORRAINE VALDEZ  (CLERK)
                JANICE CORRADI      (REP)  ANA M. LOPEZ  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   MATTER NOT ON CALENDAR.
    .
    PER MINUTE ORDER IN CASE NUMBER BA314413, THIS CASE NUMBER
    BA296488, WAS ORDERED TO BE SENT TO THIS DEPARTMENT FOR POSSIBLE
    DISPOSITION.

    .
    NO DISPOSITION OCCURED ON CASE NUMBER BA314413, MATTER IS TAKEN
    OFF CALENDAR.
    .
    DEFENDANT IS ORDERED TO APPEAR IN DEPARTMENT 30 FOR THE DATE OF
    03-23-07 AT 8:30 A.M..
    .
    (*NOTE: TCIS ENTRY INDICATES THAT THIS CASE IS CURRENTLY SET IN
    DEPARTMENT 52 FOR PRELIMINARY HEARING. IT IS UNCLEAR IF THAT WAS
    AN ERROR; THEREFORE THAT DATE AND DEPARTMENT ARE NOT VACATED, TO
    BE DETERMINED BY DEPARTMENT 30 AS TO WHERE THIS FILE SHOULD BE
    SENT.)
    .
    DEFENDANT REMAINS RELEASED ON BOND; SURETY BAIL BOND IS ORDERED
    UP TO STAND.

EXHIBIT A PAGE 14

```
CASE NO. BA296488                      PAGE NO.  15
DEF NO.  01                            DATE PRINTED 08/28/08
```

```
    .
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
    03/23/07   800 AM  FURTHER PROCEEDINGS    DIST CENTRAL DISTRICT DEPT 630


ON 04/18/07 AT  130 PM  IN CENTRAL DISTRICT DEPT 644

    CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: SAMUEL MAYERSON (JUDGE)  COLLEEN WELCH  (CLERK)
              WENDY LATIN        (REP)  ANA M. LOPEZ  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER
    CAUSE CALLED FOR PRELIMINARY HEARING.
    DEFENSE MOTION TO BE APPOINTED INVESTIGATOR AND ADVISORY COUNSEL
    FILED.

    DEFENSE ADDITIONAL POINTS AND AUTHORITIES-PENAL CODE 1536 MOTION
    FOR RETURN OF SEIZED PROPERTY FILED.
    DEFENSE NOTICE OF MOTION AND MOTION TO COMPEL THE TESTIMONY OF
    WITNESS (ROBERT ULANDER) FOR PRELIMINARY HEARING FILED.
    PEOPLE'S MOTION TO CONSOLIDATE BA314413 INTO BA296488 FILED.
    .
    DEFENDANT'S OPPOSITION TO CONSOLIDATE BA314413 INTO BA296488
    IS FILED.
    .
    MOTIONS AND PRELIMINARY HEARING CONTINUED TO APRIL 19, 2007
    AT 9:00 AM.
    ALL PARTIES AND WITNESSES ARE ORDERED TO RETURN.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
    04/19/07   900 AM  FURTHER PROCEEDINGS    DIST CENTRAL DISTRICT DEPT 644


ON 04/19/07 AT  900 AM  IN CENTRAL DISTRICT DEPT 644


    CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: SAMUEL MAYERSON (JUDGE)  COLLEEN WELCH  (CLERK)
              WENDY LATIN        (REP) ANA M. LOPEZ  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER
    AMENDED COMPLAINT FILED.
    COURT ORDERS CASE BA314413 CONSOLIDATED INTO THIS CASE.
    .
    ******NUNC PRO TUNC****
    NUNC PRO TUNC ORDER PREPARED 06-22-07 BY C. WELCH, CLERK.
    IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND
    CLERICAL ERROR THE MINUTE ORDER OF 4-19-07 IN THE ABOVE
    ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S
    ORDER. SAID MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF
    THAT DATE AS FOLLOWS:
```

EXHIBIT A PAGE 15

CASE NO. BA296488                           PAGE NO.  16
DEF NO.  01                                 DATE PRINTED 08/28/08

TO ADD: BAIL BOND TO STAND PER COURT ORDER.

"ALL OTHER ORDERS REMAIN IN FULL FORCE AND EFFECT."
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  07/20/07   830 AM  FURTHER PROCEEDINGS   DIST CENTRAL DISTRICT DEPT 130


ON 05/07/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 100

   CASE CALLED FOR ARRAIGNMENT
PARTIES: STEVEN R. VANSICKLEN (JUDGE)  MARIA HAMIL  (CLERK)
          MONET BARRIOS        (REP)  ANA M. LOPEZ  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER

   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  05/07/07   930 AM  ARRAIGNMENT   DIST CENTRAL DISTRICT DEPT 130


ON 05/07/07 AT  930 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR ARRAIGNMENT
PARTIES: WILLIAM C. RYAN (JUDGE)  KEITH RYAN  (CLERK)
          RONALD KIM  (REP)      ANA M. LOPEZ  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 03, 422 PC - MAKING A CRIMINAL THREAT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 04, 69 PC - OBSTRUCT/RESIST EXECUTIVE
   OFCR.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   DENIES SPECIAL ALLEGATIONS


   KEN LOVEMAN ALSO APPEARS FOR THE PEOPLE.

   DEFENDANT STATES HE INTENDS TO FILE 995 AND 1538.5 PENAL
   CODE MOTIONS FOR 6-8-07.
NEXT SCHEDULED EVENT:
06/08/07   830 AM  PRETRIAL CONFERENCE   DIST CENTRAL DISTRICT DEPT 130
NEXT SCHEDULED EVENT 2:
  06/28/07   830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 130


ON 06/08/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
          RONALD KIM       (REP)  KENNETH A. LOVEMAN  (DDA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER

CASE NO. BA296488                          PAGE NO.  17
DEF NO.  01                                DATE PRINTED 08/28/08

   THE DEFENDANT'S MOTION TO CONTINUE PURSUANT TO PENAL CODE
   SECTION 1050 IS GRANTED AND THE MATTER IS CONTINUED FOR PRETRIA
   HEARING TO JULY 20, 2007, AT 8:30 A.M. IN DEPARTMENT 130 AS DAY
   0 OF 60.
   .
   THE JURY TRIAL DATE OF JUNE 26, 2007, IS ADVANCED TO THIS DATE
   AND VACATED.
   .
   .
   CUSTODY STATUS: BAIL TO STAND.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  07/20/07  830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 130


ON 07/20/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
              RONALD KIM       (REP) REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   DEFENDANT MOTION PURSUANT TO PENAL CODE SECTION 1050 IS GRANTED.
   .
   THE MATTER IS CONTINUED FOR PRETRIAL HEARING, PITCHESS MOTION,
   MOTION PURSUANT TO PENAL CODE SECTION 995 AND MOTION PURSUANT TO
   PENAL CODE SECTION 1538.5 AUGUST 24, 2007, AT 8:30 A.M. IN
   DEPARTMENT 130.
   .
   .
   CUSTODY STATUS:  BAIL TO STAND.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  08/24/07  830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 130


ON 08/24/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  BRIAN GRAY  (CLERK)
              RONALD KIM       (REP) REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   -DDA: REINHOLD MUELLER
   MATTER IS CONTINUED TO 10/5/07 AT 8:30 A.M. IN DEPARTMENT 130.
   .
   .
   *************************************************************
              ENTERED BY REBECCA RUIZ ON 9-05-07
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.

CASE NO. BA296488                        PAGE NO.  18
DEF NO.  01                              DATE PRINTED 08/28/08

NEXT SCHEDULED EVENT:
  10/05/07   830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 130


ON 10/05/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

    CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
              RONALD KIM    (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER
BAIL SET AT $250,000
    -DDA REINHOLD MUELLER   ALSO CASE BA314413
    MATTER IS CALLED FOR PITCHESS MOTION.  CITY ATTORNEY JESS
    GONZALEZ IS PRESENT.  MOTION IS ARGUED AND GRANTED IN PART AS
    RELECTED IN THE COURTS NOTES.
    .

    MATTER IS ASSIGNED TO JUDGE HOROWITZ ON 10/10/07 FOR IN
    CAMERA REVIEW.  PARTIES AGREE TO RETURN ON 10/18/07 FOR
    FURTHER PRE-TRIAL.
    .
    .
    .
    .
    .
    NUNC PRO TUNC BY D. PEALE ON 10-05-07:  DUE TO CLERICAL ERROR,
    THE MINUTE ORDER DATED 10-05-07 IS INCORRECT.  SAID MINUTE ORDER
    IS ORDERED CORRECTED NUNC PRO TUNC AS OF THAT DATE TO REFLECT
    THE FOLLOWING MODIFICATION:
    .
    TO DELETE:  REMANDED $250,000.00 BAIL
    TO ADD:  BAIL TO STAND
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  10/10/07   830 AM  PITCHESS MOTION   DIST CENTRAL DISTRICT DEPT 123
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT 2:

  10/18/07   830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 130

CUSTODY STATUS: DEFENDANT REMANDED


ON 10/09/07 AT  830 AM :


ON 10/09/07 AT  830 AM :
NEXT SCHEDULED EVENT:
  10/10/07   900 AM  IN CAMERA HEARING   DIST CENTRAL DISTRICT DEPT CLK


ON 10/10/07 AT  900 AM  IN CENTRAL DISTRICT DEPT CLK

    CASE CALLED FOR IN CAMERA HEARING
PARTIES: JULIUS M TITLE (JUDGE)  NONE (CLERK)
              MONICA MOORE     (REP)  NONE (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

EXHIBIT 4  PAGE 18

CASE NO. BA296488                          PAGE NO.  19
DEF NO.  01                                DATE PRINTED 08/28/08

   PITCHESS HEARING IS CONDUCTED IN CHAMBERS IN CAMERA.
   .
   CUSTODIAN OF RECORDS SCOTT GOLDSTEIN IS PRESENT.
   .
   AFTER REVIEWING THE OFFICERS' PERSONAL FILE, THE COURT FINDS
   RELEVANT INFORMATION  AND THE CUSTODIAN OF RECORD IS ODERED TO
   PROVIDE THE DISCOVERY TO THE DEFENSE BY OCTOBER 18, 2007, AT
   8:30 A.M. IN DEPARTMENT 130.
   .
   THE PROCEEDINGS ARE REFLECTED IN THE NOTES OF THE OFFICIAL COURT
   REPORTER. THE COURT REPORTER IS ORDERED TO SEAL THE NOTES OF THE
   IN-CAMERA PROCEEDING. SAID SEAL IS NOT TO BE OPENED WITHOUT
   PRIOR ORDER OF THE COURT.
   .
   COURT DATE REMAINS SET FOR OCTOBER 18, 2007, AT 8:30 A.M. IN
   DEPARTMENT 130.
NEXT SCHEDULED EVENT:
   10/18/07   930 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 130


ON 10/18/07 AT  930 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
                   RONALD KIM       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   -DDA: REINHOLD MUELLER
   .
   CITY ATTORNEY JESS CONZALEZ IS PRESENT FOR THE LOS ANGELES
   POLICE DEPARTMENT.
   .
   PEOPLE'S MOTION TO QUASH IS GRANTED AS TO ALL OFFICERS
   SUBPOENAED.
   .
   DEFENDANT IS NOT TO SUBPOENA ANY OFFICERS WITHOUT PRIOR LEAVE OF
   COURT.
   .
   DEFENDANT'S MOTION TO COMPEL IS GRANTED IN PART AS INDICATED
   ON THE MOTION AND AS FULLY REFLECTED IN THE NOTES OF THE
   OFFICIAL COURT REPORTER.
   .
   THE MATTER IS SET FOR PRETRIAL HEARING DECEMBER 27, 2007, AT
   8:30 A.M. IN DEPARTMENT 130 AS DAY 0 OF 30.
   .
   THE COURT REPORTER IS DIRECTED TO PREPARE AN ORIGINAL AND TWO
   COPIES OF THE PROCEEDINGS HELD THIS DATE AT THE EXPENSE OF THE
   COUNTY OF LOS ANGELES.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
   12/27/07   830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 130

EXHIBIT 4  PAGE         i 9

CASE NO. BA296488
DEF NO.  01

PAGE NO.  20
DATE PRINTED 08/28/08

CUSTODY STATUS: BAIL TO STAND

ON 11/14/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 119

   CASE CALLED FOR JUDICIAL ACTION
PARTIES: GEORGE GONZALEZ LOMELI (JUDGE)  DAVID MARQUEZ  (CLERK)
                 NONE        (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   -DDA: REINHOLD MUELLER
   .
   UPON THE REQUEST OF DEPUTY DISTRICT ATTORNEY MATT VODNOY, COURT
   ORDERS COURT REPORTER CHRISTINE TAYLOR TO PROVIDE TO THE CASE
   FILE(CURRENTLY SET FOR PRETRIAL HEARING IN DEPARTMENT 130), A
   TRANSCRIPT, 1 ORIGINAL + 1 COPY(FOR MR. VODNOY), OF COURT
   PROCEEDINGS FOR THE FOLLOWING DATES: 8/4/06, 8/25/06, 9/7/06,
   9/26/06, 10/13/06, AND 10/23/06.

   .
   COSTS FOR PRODUCTION OF TRANSCRIPTS TO BE BORNE BY THE COUNTY OF
   LOS ANGELES.
   .
   ** MATTER HANDLED WITHOUT CASE FILE.
NEXT SCHEDULED EVENT:
PRETRIAL HEARING


ON 12/27/07 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
                 RONALD KIM       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   -DDA: MICHAEL MUELLER    CONSOLIDATED W/ BA314413
   -1538.5
   .
MICHAEL T. MELO IS PRESENT AS ADVISORY COUNSEL TO DEFENDANT.

   .
PROTECTIVE ORDER IS SIGNED AND FILED THIS DATE.

   .
THE MATTER IS SET FOR JURTY TRIAL AND MOTION PURSUANT TO PENAL
CODE SECTION 1538.5 JANUARY 17, 2008, AT 8:30 A.M. IN DEPARTMENT
130.
   .
BAIL IS SET AT $75,000.

   .
BOND IN CONSOLIDATED CASE BA314413 FOR $100,000 IS EXONERATED
NUNC PRO TUNC ON DATE OF CONSOLIDATION, APRIL 19, 2007.

   .
BOND IN THIS CASE IS TO STAND.
   .
   .

EXHIBIT A  PAGE 20

CASE NO. BA296488                          PAGE NO.   21
DEF NO.  01                                DATE PRINTED 08/28/08

    ***NUNC PRO TUNC ORDER PREPARED BY REBECCA RUIZ ON 01-16-2008***
    IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND
    CLERICAL ERROR, THE MINUTE ORDER DATED 12-27-07 DOES NOT
    REFLECT THE PROPER ORDER OF THE COURT, SAID MINUTE ORDER IS
    CORRECTED NUNC PRO TUNC AS OF THAT DATE AS FOLLOWS:
    .

    BY ADDING:  BOND IN THIS CASE IS TO STAND.
    .

    BY STRIKING: BAIL SET AT $75,000.
                 CUSTODY STATUS: DEFENDANT REMANDED.
    .

    ALL OTHER ORDERS REMAIN IN FULL FORCE AND EFFECT.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:

    01/17/08   830 AM   JURY TRIAL   DIST CENTRAL DISTRICT DEPT 130


ON 01/17/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

    CASE CALLED FOR JURY TRIAL
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
               RONALD KIM       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER
    -DDA: REINHOLD MUELLER; CONSOLIDATED W/314413; 1538.5
    -ON BOND
    .
    ATTORNEY MICHAEL MELO IS PRESENT AS STANDBY COUNSEL FOR THE
    DEFENDANT.

    DEFENSE MOTION TO CONTINUE PURSUANT TO PENAL CODE SECTION 1050
    IS GRANTED AND THE MATTER IS CONTINUED FOR PRETRIAL HEARING
    TO FEBRUARY 26, 2008, AS DAY 0 OF 15.
    .

    THERE ARE TO BE NO FURTHER CONTINUANCES.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
    02/26/08   830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 130

CUSTODY STATUS: BAIL TO STAND


ON 02/26/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

    CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
               RONALD KIM       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    DEFENDANT APPEARS IN PRO PER
    -DDA: REINHOLD MUELLER; CONSOLIDATED W/BA314413; 1538.5
    -ON BOND

CASE NO. BA296488                          PAGE NO.  22
DEF NO.  01                                DATE PRINTED 08/28/08

.
ATTORNEY MICHAEL T. MELO IS PRESENT AS ADVISORY COUNSEL FOR THE
DEFENDANT.
.
THE MATTER IS CONTINUED FOR PRETRIAL HEARING AND MOTION PURSUANT
TO PENAL CODE SECTION 1538.5 TO MARCH 28, 2008, AT 8:30 A.M. IN
DEPARTMENT 130 AS DAY 0 OF 30.
.
BOND IS TO STAND.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 03/28/08   830 AM   PRETRIAL HEARING    DIST CENTRAL DISTRICT DEPT 130


ON 03/28/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  REBECCA RUIZ  (CLERK)
              CHANI HARPER     (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL THOMAS MELO PRIVATE
   COUNSEL
   -DDA: REINHOLD MUELLER; CONSOLIDATED W/BA314413; 1538.5
   -ON BOND
   .
   AT THE REQUEST OF COUNSEL AND FINDING GOOD CAUSE, THE COURT
   CONTINUES THE MATTER FOR PRETRIAL HEARING AND MOTION PURSUANT
   TO PENAL CODE SECTION 1538.5 TO APRIL 25, 2008 AS DAY 0 OF 20.
   .
   BOND IS TO STAND.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 04/25/08   830 AM   PRETRIAL HEARING    DIST CENTRAL DISTRICT DEPT 130


ON 04/25/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 130

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: WILLIAM C. RYAN (JUDGE)  GINA ZUCCO  (CLERK)
              RONALD KIM     (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY MICHAEL THOMAS MELO
   PRIVATE COUNSEL
   DEFENDANT FILES AN AFFIDAVIT OF PREJUDICE PURSUANT TO CIVIL
   CODE PROCEDURE 170.6.
   .
   CASE IS TRANSFERRED TO DEPARTMENT 121 FORTHWITH.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 04/25/08   900 AM   PRETRIAL HEARING    DIST CENTRAL DISTRICT DEPT 121

CUSTODY STATUS: BAIL TO STAND

EXHIBIT  A   PAGE       22

CASE NO. BA296488
DEF NO.  01

PAGE NO.   23
DATE PRINTED 08/28/08


ON 04/25/08 AT  900 AM  IN CENTRAL DISTRICT DEPT 121

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: MONICA BACHNER (JUDGE)  HEATHER MAROJ  (CLERK)
               JACK SCHEINFELD          (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL THOMAS MELO PRIVATE
   COUNSEL
   -O.R.
   .
   MATTER SET AS INDICATED BELOW.
   ALL ORDERS MADE BY THE PREVIOUS JUDGE SHALL REMAIN IN FULL
   FORCE AND EFFECT.
   .
   THE TRANSCRIPT OF MARCH 28, 2008, IS ORDERED BY THIS COURT.
   CERTIFIED COURT REPORTER, CHANI HARPER, IS ORDERED TO
   PREPARE A TRANSCRIPT OF THE DATE OF MARCH 28, 2008, AND SUBMIT

   IT TO THIS COURT ON OR BY MAY 19, 2008. ALL COSTS ARE TO BE
   BILLED TO THE SUPERIOR COURT. SAID COURT REPORT NOTIFIED IN
   PERSON THIS DATE.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
   05/19/08   830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 121

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 05/19/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 121

   CASE CALLED FOR PRETRIAL HEARING
PARTIES: MONICA BACHNER (JUDGE)  HEATHER MAROJ  (CLERK)
               VIENNA NGUYEN          (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   CITY ATTORNEY, JESS GONZALES IS PRESENT THIS DATE FOR THE
   L.A.P.D.


   THE DEFENDANT'S MOTION TO QUASH IS GRANTED AS MORE FULLY
   REFLECTED IN THE OFFICIAL NOTES OF THE COURT REPORTER.
   .
   MATTER SET AS INDICATED BELOW.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   06/04/08   830 AM  MOTION   DIST CENTRAL DISTRICT DEPT 121
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT 2:
   06/13/08   830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 121

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 06/04/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 121

   CASE CALLED FOR MOTION

EXHIBIT A PAGE 23

```
CASE NO. BA296488                        PAGE NO.  24
DEF NO.  01                              DATE PRINTED 08/28/08
```

PARTIES: MONICA BACHNER (JUDGE)  HEATHER MAROJ  (CLERK)
         VIENNA NGUYEN       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  MOTIONS ARE HEARD, ARGUED AND RULED UPON AS MORE FULLY
  REFLECTED IN THE OFFICIAL NOTES OF THE COURT REPORTER.
  .
DEFENDANT IS ADMONISHED TO ARRIVE AT COURT ON TIME.
  .
THE DATE OF JUNE 13, 2008, IS ADVANCED TO THIS DATE AND VACATED.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  07/03/08   830 AM  PRETRIAL HEARING   DIST CENTRAL DISTRICT DEPT 121

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 07/03/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 121


   CASE CALLED FOR PRETRIAL HEARING
PARTIES: CHARLAINE F OLMEDO (JUDGE)  HEATHER MAROJ  (CLERK)
         KATHRYN MAUTZ       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  -O.R.   **PRO PER**
  .
CITY ATTORNEY, JESS GONZALEZ, IS PRESENT THIS DATE.
  .
MOTION TO QUASH SUBPENA IS GRANTED FOR FAILURE TO COMPLY WITH
RULE 1985.3.
  .
MOTION FOR ADVISORY COUNSEL IS DENIED.
  .
DEFENDANT'S MOTION PURSUANT TO PENAL CODE SECTIONN 995 IS
HEARD AND RULED UPON AS FOLLOWS:
  .
1) COURT FINDS GROUNDS TO BELIEVE OFFENSE WAS COMMITTED.
2)JUDGE MAYERSON DID NOT DEPRIVE DEFENDANT OF A FAIR HEARING.
3) DEFENDANT WAS NOT PREVENTED FROM CROSS-EXAMINATION.
4) DEFENDANT WAS NOT PREVENTED FROM PRESENTATION OF AFFIRMATIVE

DEFENSE.
5) DEFENDANT'S MOTION TO DISMISS PURSUANT TO PENAL CODE SECTION
12022.1 IS DENIED.
  .
MOTION PURSUANT TO PENAL CODE SECTION 995 IS DENIED.
  .
MATTER SET AS INDICATED BELOW.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  08/07/08   830 AM  PRETRIAL CONF1538.5 PC MOT   DIST CENTRAL DISTRICT DEPT
   121

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 08/07/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 121

EXHIBIT A PAGE 24

CASE NO. BA296488                          PAGE NO.   25
DEF NO.  01                                DATE PRINTED 08/28/08


   CASE CALLED FOR PRETRIAL CONF1538.5 PC MOT
PARTIES: CHARLAINE F OLMEDO (JUDGE)  ROBERT SAIKI  (CLERK)
              KATHRYN MAUTZ       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   -ON BOND            ***IN PRO PER
   -THE COURT GIVES DISCLOSURE ON THE RECORD AS FULLY REFLECTED IN
      THE NOTES OF THE COURT REPORTER.
     .
   P.C. SECTION 1050 MOTION TO CONTINUE (DEFENSE NON-STATUTORY
      MOTION TO DISMISS) HEARING, FILED.
   DEFENSE NOTICE OF SUBSTITUTION OF (ADVISORY) COUNSEL, FILED.
     .
   ADVISORY COUNSEL NOT PRESENT.
     .
   THE COURT INDICATES THAT IF ADVISORY COUNSEL IS NOT PRESENT, THE
      COURT WILL STILL GO FORWARD WITH MOTIONS (ON THE NEXT COURT

      DATE).
     .
   MATTER SET ON DATE NOTED BELOW FOR MOTIONS.
     .
   CUSTODY STATUS: BAIL TO STAND
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  08/19/08  830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 121


ON 08/19/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 121

   CASE CALLED FOR JURY TRIAL
PARTIES: CHARLAINE F OLMEDO (JUDGE)  GERRY COMANCHE  (CLERK)
              NADINE CAMPOS       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   DEFENDANT'S ORAL REQUEST  FOR ADVISORY COUNSEL IS DENIED.

     .
   THE COURT DESIGNATES MICHAEL MELO AS STANDBY COUNSEL FOR THE
   DEFENDANT.
     .
   DEFENDANT'S ORAL REQUEST TO CONTINUE FOR DISCOVERY ISSUES IS
   DEEMED UNTIMELY AND IS DENIED.
     .
   DEFENDANT AND STANDBY COUNSEL ARE ORDERED TO BE READY FOR TRIAL
   ON 08-27-08. STANDBY COUNSEL IS ORDERED TO BE PRESENT BY 11:30
   A.M.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  08/25/08  830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 121
NEXT SCHEDULED EVENT 2:


EXHIBIT $A$  PAGE  25

CASE NO. BA296488                          PAGE NO.  26
DEF NO.  01                                DATE PRINTED 08/28/08

  08/27/08   830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 121

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 08/25/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 121

   CASE CALLED FOR JURY TRIAL
PARTIES: CHARLAINE F OLMEDO (JUDGE)   ROBERT SAIKI  (CLERK)
                 CYNTHIA ROMERO        (REP)   REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   -ON BOND       , 7-10 DAY TIME ESTIMATE BY PEOPLE/6 MONTHS BY
   -PRO-PER DEFENDANT, DEPUTY DISTRICT ATTORNEY REINHOLD MUELLER
   .
   THE PEOPLE ANNOUNCE READY FOR TRIAL.
   THE COURT HAS DEEMED THE DEFENSE READY FOR TRIAL.
   .

   MOTIONS FILED THIS DATE AND WITHDRAWN BY THE DEFENSE:
   DEFENSE NOTICE OF MOTION AND RENEWED MOTION TO COMPEL DISCOVERY;
     SUPPLEMENTAL POINTS AND AUTHORITIES
   DEFENSE NONSTATUTORY MOTION TO DISMISS
   PETITION FOR ORDER OF DISMISSAL AND ORDER TO SHOW CAUSE RE:
     CONTEMPT AGAINST DDA REINHOLD H. JUELLER, JR; LA COUNTY
     DISTRICT ATTORNEY'S OFFICE; LAPD; LAPD OFFICER MICHAEL OPPELT;
     AND (LADA) "INVESTIGATOR" LIM: FOR WILLFUL REFUSAL TO COMPLY
     WITH COURT ORDER RE: (OUT OF COURT) HARRASSMENT OF DEFENDANT,
     DEFENDANT'S FAMILY MEMBERS, AND DEFENSE WITNESSES; EXHIBITS
     A-C
    AFOREMENTIONED MOTIONS ORDERED RETURNED TO THE DEFENDANT AS
     REQUESTED.
   .
   DEFENDANT ADMONISHED REGARDING PRO PER PRIVILEGE AND PROPER
     COURTROOM DEMEANOR AS FULLY REFLECTED IN THE NOTED OF THE
     COURT REPORTER.
   .
   MATTER TRANSFERRED TO DEPARTMENT 100 FOR JURY TRIAL ASSIGNMENT
     ON 8/27/08.
   .

   AT DEFENSE REQUEST, OFFICERS FILLMORE, DUNSTETZ AND DEPUTY
     DISTRICT ATTORNEY MATTHEW VODNOY ORDERED ON CALL TO THE
     DEFENSE.
   .
   STANDBY COUNSEL, MICHAEL MELO NOT PRESENT.
     STANDBY COUNSEL NOTIFIED REGARDING MANDATORY APPEARANCE ON NEXT
     COURT DATE VIA TELEPHONIC MESSAGE AT (310)993-9909.
   .
   CUSTODY STATUS: BAIL TO STAND
   COURT ORDERS AND FINDINGS:
     -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   08/27/08   830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 100


ON 08/27/08 AT  830 AM  IN CENTRAL DISTRICT DEPT 100

   CASE CALLED FOR JURY TRIAL

```
CASE NO. BA296488                      PAGE NO.  27
DEF NO.  01                            DATE PRINTED 08/28/08

PARTIES: PETER ESPINOZA (JUDGE)  MARIA ARVIZO  (CLERK)
              CINDY ROSALES       (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  -
  .                              *DA: REINHOLD MUELLER*

  THE FOLLOWING MOTIONS ARE FILED BY THE DEFENDANT THIS DATE:
  .
  1. MOTION AND RENEWED MOTION TO COMPEL DISCOVERY.
  .
  2. MOTION TO SUPPRESS EVIDENCE PURSUANT TO PENAL CODE SECTION
     1538.5.
  .
  3. NONSTATUTORY MOTION TO DISMISS
  .
  4. PETITION FOR ORDER OF DISMISSAL AND ORDER TO SHOW CAUSE RE:
     CONTEMPT AGAINST DDA REINHOLD H. MILLER, JR.; LA COUNTY
     DISTRICT ATTORNEY'S OFFICE; LAPD; LAPD OFFICER

     MICHAEL OPPELT; AND (LADA) "INVESTIGATOR" LIM: FOR
     WILLFUL REFUSAL TO COMPLY WITH COURT ORDER RE: { OUT OF
     COURT} HARRASSMENT OF DEFENDANT, DEFENDANT'S FAMILY MEMBERS,
     AND DEFENSE WITNESSES.
  .
  DEFENDANT'S MOTION TO CONTINUE PURSUANT TO PENAL CODE SECTION
  1050 IS DENIED.
  .
  THE CASE IS ORDERED TRANSFERRED TO DEPARTMENT 117 FORTHWITH FOR
  TRIAL BY THE JUDGE SUPERVISING THE MASTER CALENDAR.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  08/27/08  900 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 117

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 08/27/08 AT  900 AM  IN CENTRAL DISTRICT DEPT 117

  CASE CALLED FOR JURY TRIAL

PARTIES: BARBARA R. JOHNSON (JUDGE)  ALEX ALDANA  (CLERK)
              CYNTHIA ROMERO        (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY STEPHEN A RODRIGUEZ PRIVATE
  COUNSEL
  THE CAUSE IS CALLED FOR JURY TRIAL.
  .
  THE DEFENDANT GIVES UP HIS PRO PER STATUS AND REQUESTS TO HAVE
  ATTORNEY STEVEN RODRIGUEZ, JR. SUBSTITUTED IN.
  ATTORNEY STEVEN RODRIGUEZ, JR. IS SUBSTITUTED IN.
  THE DEFENDANT'S PRO PER STATUS IS REVOKED.
  THE MATTER IS ORDERED TRANSFERRED BACK TO DEPARTMENT 100
  FORTHWITH.
  COUNSEL AND DEFENDANT ARE ORDERED TO REPORT TO DEPARTMENT 100
  FORTHWITH.
  COURT ORDERS AND FINDINGS:
```

EXHIBIT A  PAGE 27

```
CASE NO. BA296488                        PAGE NO.  28
DEF NO.  01                              DATE PRINTED 08/28/08
```

   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  08/27/08  1030 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 100

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 08/27/08 AT 1030 AM  IN CENTRAL DISTRICT DEPT 100

   CASE CALLED FOR JURY TRIAL
PARTIES: PETER ESPINOZA (JUDGE)  MARIA ARVIZO  (CLERK)
              CINDY ROSALES     (REP)  REINHOLD MUELLER  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY STEPHEN A RODRIGUEZ PRIVATE
  COUNSEL
  -
                                  *DA: REINHOLD MUELLER*
  .
  CASE IS RETURNED FROM DEPARTMENT 117.
  .

  DEFENDANT'S MOTION TO CONTINUE THIS CASE IS GRANTED OVER THE
  PEOPLE'S OBJECTION.
  .
  CASE IS CONTINUED AS INDICATED BELOW.
  .
  THE COURT ORDERS THAT ALL COUNSEL SHOULD BE READY FOR TRIAL ON
  THAT DATE, SINCE NO FURTHER CONTINUANCES WILL BE GRANTED.
  COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  10/27/08   830 AM  JURY TRIAL   DIST CENTRAL DISTRICT DEPT 100

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

EXHIBIT _A_ PAGE _____ 28



THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS FULL, TRUE,
AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.
JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK OF THE SUPERIOR COURT OF
THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES.

ATTEST: 8/28/08 BY: _____ DEPUTY

EXHIBIT _A_ PAGE _____

29

# PROOF OF SERVICE BY MAIL

I, SOLEDAD FIGUEROA, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On September 9, 2008, I served the foregoing document(s) described as:

**DEFENDANTS CITY OF LOS ANGELES AND LOS ANGELES POLICE DEPARTMENT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF, OR IN THE ALTERNATIVE, MOTION FOR STAY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SUREKHA A. PESSIS; EXHIBIT**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at Los Angeles, California, addressed to:

> LAMONT DOE
> 2934 BEVERLY GLEN CIRCLE
> SUITE 134
> BEL AIR  CA   90077
> OFS: (310) 226-7133
> FAX: (832) 218-6811
> Email: inverteye@yahoo.com

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on September 9, 2008, at Los Angeles, California.

SOLEDAD FIGUEROA

**\*\* Transmit Conf.Report \*\***

P.1
LA-CITY.ATTY'S.OFFICE  Fax 213\*978\*8785                    Sep  9 2008 10:59am

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 918322186811/P587583 | Normal | 09:10:47am | 11'50" | 40 | \* O K | |

1  **ROCKARD J. DELGADILLO,** City Attorney (State Bar #125465x)
   **MICHAEL L. CLAESSENS,** Senior Assistant City Attorney
2  **CORY M. BRENTE,** Assistant City Attorney
   **SUREKHA A. PESSIS,** Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California  90012-4129
   E-mail: *Surekha.Pessis@lacity.org*
5  Telephone: (213) 978-7036  Facsimile: (213) 978-8785

6  Attorneys for Defendants, **CITY OF LOS ANGELES AND LOS ANGELES
   POLICE DEPARTMENT**
7

8                   **UNITED STATES DISTRICT COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

10

11  LAMONT DOE,                          )  **CASE NO. CV 08-00237 VAP(RNB)**
                                         )  Honorable Virginia A .Phillips
12              Plaintiff                )  Courtroom 2 **(Riverside)**
                                         )  Honorable Robert N. Block
13        vs.                            )  Courtroom 6D **(Santa Ana)**
                                         )
14                                       )
    THE LOS ANGELES POLICE              )  **DEFENDANTS CITY OF LOS
15  DEPARTMENT; JOE DUNSTER;            )  ANGELES AND LOS ANGELES
    JAMES FILLMORE; JERRY              )  POLICE DEPARTMENT'S NOTICE
16  PADILLA; RUTH HAWKINS YU;          )  OF MOTION AND MOTION TO
    DAVID TOMILIN; DAVID TORRES;       )  DISMISS PLAINTIFF'S COMPLAINT
17  LAMONT JERRETT; CHRIS              )  FOR FAILURE TO STATE A CLAIM
    CONBOY; CHRIS HOOPS; JEANNE        )  FOR RELIEF, OR IN THE
18  HARRIS; MICHAEL OPPELT;            )  ALTERNATIVE, MOTION FOR
    SILVANA YNIGUEZ; CHRIS             )  STAY; MEMORANDUM OF POINTS
19  MURTHA, AARON GREEN;               )  AND AUTHORITIES; DECLARATION
    MICHAEL KLEE                       )  OF  SUREKHA A. PESSIS; EXHIBIT
20                                       )
                                         )  Date:      September 30, 2008
21              Defendants.              )  Time:      9:30 a.m.
                                         )  Courtroom: 6/D (Santa Ana)
22                                       )
                                            Mag. Judge: Hon. Robert N. Block
23                                                      411 W. Fourth Street, #1053
                                                        Santa Ana, CA 92701-4516
24

25  **TO THE HONORABLE COURT, TO PLAINTIFF** *IN PRO SE* **:**

26        NOTICE IS HEREBY GIVEN on September 30, 2008, at 9:30 a.m. in Courtroom

27  6/D, of the above-entitled court located at 411 West Fourth Street, #1053, Santa Ana,

28  California; before the Honorable Magistrate Judge Robert N. Block; Defendants **CITY**

                                    -i-