UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 08-0237-VAP (RNB)**                         Date: **September 17, 2008**

Title: **Lamont Doe v. The Los Angeles Police Department, et al.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                                                 None Present

**PROCEEDINGS:  (IN CHAMBERS)**

### Defendants' "Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim for Relief, or in the Alternative, Motion for Stay"

Based on plaintiff's response to defendants' Motion and the Court's confirmation at the hearing on plaintiff's Motion to Intervene in the related pending case, <u>Jane Doe v. The City of Los Angeles</u>, CV 07-1403-VAP (RNB), that plaintiff is willing to stipulate (a) to a stay of this action pending the resolution of his criminal proceeding, and (b) to a stay of this action as to defendant Green while he remains on active military service, it is hereby ordered as follows.

1.    This action is temporarily stayed pending the resolution of plaintiff's criminal proceeding and stayed as to defendant Green while he remains on active military service.  Except as so ordered, defendants' Motion is denied.

2.    The Court will conduct a further status conference in this matter on December 9, 2008 at 10:00 a.m.

3.    The parties are ordered to file status reports on or before December 5, 2008 (or promptly upon the conclusion of the criminal proceeding if the criminal proceeding is concluded prior to December 5, 2008).

cc:    Judge Phillips

MINUTES FORM 11                                                         Initials of Deputy Clerk    klg
CIVIL-GEN