1  **ROCKARD J. DELGADILLO,** City Attorney (State Bar #125465x)
   **MICHAEL L. CLAESSENS,** Senior Assistant City Attorney
2  **CORY M. BRENTE,** Assistant City Attorney
   **SUREKHA A. PESSIS,** Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California  90012-4129
   E-mail: *Surekha.Pessis@lacity.org*
5  Telephone: (213) 978-7036   Facsimile: (213) 978-8785

6  Attorneys for Defendants,  **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA;**
7  **DAVID TOMILIN; DAVID TORRES, MICHAEL KLEE, SUSAN BRANDSTETTER, EDWARD CLAY FARRELL, KARI HORTON, GEORGE**
8  **HOOPES, JAMES FILLMORE, JUAN SANCHEZ and RAYMOND CONBOY**

9

10                     UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

12

13  CHRISTIAN CURRY,                ) CASE NO. CV 08-00237 VAP(RNB)
                                    ) Honorable Robert N. Block
14           Plaintiff              ) Courtroom 6D (**Santa Ana**)
                                    )
15      vs.                         )
                                    )
16                                  )
    THE CITY OF LOS ANGLES; THE     ) **CERTIFICATION AND NOTICE OF**
17  LOS ANGELES POLICE              ) **INTERESTED PARTIES**
    DEPARTMENT; LAPD                ) **([Local Rule 7/1-1)**
18  [HOLLYWOOD DIVISION] CHIEF      )
    WILLIAM BRATTON; CLAY           )
19  FARRELL; LaMONT JERRETT;        )
    JOE DUNSTER; JERRY PADILLA;     )
20  KARI HORTON; DAVID TOMILIN;     )
    RAYMOND CONBOY; DAVID           )
21  TORRES; GEORGE HOOPES;          )
    JEANNE HARRIS; MICHAEL          )
22  OPPELT; SILVINA YNIGUEZ;        )
    SUSAN BRANDSTETTER; SEAN        )
23  MURTHA; MICHAEL KLEE; RUTH      )
    KAWKINS-YU; AARON GREEN;        )
24  JUAN SANCHEZ; KURT JIMMY        )
    FILLMORE.                       )
25                                  )
             Defendants.            )
26  _____)

27

28  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

                                    1

1  The undersigned, counsel of record for Defendant, **RAYMOND CONBOY**,
2  certifies the following listed parties have a direct, pecuniary interest in the outcome of
3  the case:
4
5  CHRISTIAN CURRY, Plaintiff *in pro se*
6  THE CITY OF LOS ANGLES, Defendant
7  THE LOS ANGELES POLICE DEPARTMENT, Defendant
8  LAPD [HOLLYWOOD DIVISION], Defendant
9  CHIEF WILLIAM BRATTON , Defendant
10  EDWARD CLAY FARRELL, Defendant
11  LaMONT JERRETT, Defendant
12  JOE DUNSTER, Defendant
13  JERRY PADILLA, Defendant
14  KARI HORTON, Defendant
15  DAVID TOMILIN, Defendant
16  **RAYMOND CONBOY, Defendant**
17  DAVID TORRES, Defendant
18  GEORGE HOOPES, Defendant
19  JEANNE HARRIS, Defendant
20  MICHAEL OPPELT, Defendant
21  SILVINA YNIGUEZ, Defendant
22  SUSAN BRANDSTETTER, Defendant
23  SEAN MURTHA, Defendant
24  MICHAEL KLEE, Defendant
25  RUTH KAWKINS-YU, Defendant
26  ///
27  ///
28

AARON GREEN, Defendant

JUAN SANCHEZ, Defendant

JAMES FILLMORE, Defendant

These representations are made to enable the court to evaluate disqualification or recusal.


DATED: December 10, 2008    Respectfully submitted,

ROCKARD J. DELGADILLO, City Attorney
MICHAEL L. CLAESSENS, Senior Assistant
    City Attorney
CORY M. BRENTE, Supervising Assistant City
    Attorney


By _____
    SUREKHA A. PESSIS, Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA; DAVID TOMILIN; DAVID TORRES, MICHAEL KLEE, SUSAN BRANDSTETTER, EDWARD CLAY FARRELL, KARI HORTON, GEORGE HOOPES, JAMES FILLMORE, JUAN SANCHEZ, and RAYMOND CONBOY**

3

PROOF OF SERVICE BY MAIL

I, SOLEDAD FIGUEROA, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On December 10, 2008, I served the foregoing document(s) described as:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**([Local Rule 7/1-1)**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at Los Angeles, California, addressed to:

CHRISTIAN CURRY
2934 BEVERLY GLEN CIRCLE
SUITE 134
BEL AIR  CA   90077
OFS: (310) 226-7133
FAX: (832) 218-6811
Email: inverteye@yahoo.com

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on December 10, 2008, at Los Angeles, California.

SOLEDAD FIGUEROA

```
** Transmit Conf.Report **
```

P.1                                                    Dec 10 2008 12:25pm
LA-CITY.ATTY'S.OFFICE   Fax 213*978*8785

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 918322186811/▓▓▓▓ | Normal | 10:12:24pm | 1'30" | 4 | * O K | |

1  ROCKARD J. DELGADILLO, City Attorney (State Bar #125465x)
   MICHAEL L. CLAESSENS, Senior Assistant City Attorney
2  CORY M. BRENTE, Assistant City Attorney
   SUREKHA A. PESSIS, Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California 90012-4129
   E-mail: Surekha.Pessis@lacity.org
5  Telephone: (213) 978-7036  Facsimile: (213) 978-8785

6  Attorneys for Defendants, CITY OF LOS ANGELES, LOS ANGELES POLICE
   DEPARTMENT, LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA;
7  DAVID TOMILIN; DAVID TORRES, MICHAEL KLEE, SUSAN
   BRANDSTETTER, EDWARD CLAY FARRELL, KARI HORTON, GEORGE
8  HOOPES, JAMES FILLMORE, JUAN SANCHEZ and RAYMOND CONBOY

9

10                     UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

12

13  CHRISTIAN CURRY,                  )  CASE NO. CV 08-00237 VAP(RNB)
                                       )  Honorable Robert N. Block
14               Plaintiff             )          Courtroom 6D (Santa Ana)
                                       )
15       vs.                           )
                                       )
16                                     )
    THE CITY OF LOS ANGLES; THE        )  CERTIFICATION AND NOTICE OF
17  LOS ANGELES POLICE                 )  INTERESTED PARTIES
    DEPARTMENT; LAPD                   )  ([Local Rule 7/1-1)
18  [HOLLYWOOD DIVISION] CHIEF         )
    WILLIAM BRATTON; CLAY              )
19  FARRELL; LaMONT JERRETT;           )
    JOE DUNSTER; JERRY PADILLA;        )
20  KARI HORTON; DAVID TOMILIN;        )
    RAYMOND CONBOY; DAVID              )
21  TORRES; GEORGE HOOPES;             )
    JEANNE HARRIS; MICHAEL             )
22  OPPELT; SILVINA YNIGUEZ;           )
    SUSAN BRANDSTETTER; SEAN           )
23  MURTHA; MICHAEL KLEE; RUTH         )
    KAWKINS-YU; AARON GREEN;           )
24  JUAN SANCHEZ; KURT JIMMY           )
    FILLMORE.                          )
25                                     )
                 Defendants.           )
26  _____)

27

28  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

                                      1