ROCKARD J. DELGADILLO, City Attorney (State Bar #125465x)
MICHAEL L. CLAESSENS, Senior Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
SUREKHA A. PESSIS, Deputy City Attorney (State Bar #193206)
600 City Hall East
200 North Main Street
Los Angeles, California  90012-4129
E-mail: *Surekha.Pessis@lacity.org*
Telephone: (213) 978-7036   Facsimile: (213) 978-8785

Attorneys for Defendants, **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA; DAVID TOMILIN; DAVID TORRES, MICHAEL KLEE, SUSAN BRANDSTETTER, EDWARD CLAY FARRELL, KARI HORTON, GEORGE HOOPES, JAMES FILLMORE, JUAN SANCHEZ and RAYMOND CONBOY**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN CURRY,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>THE LOS ANGELES POLICE DEPARTMENT; JOE DUNSTER; JAMES FILLMORE; JERRY PADILLA; RUTH HAWKINS YU; DAVID TOMILIN; DAVID TORRES; LAMONT JERRETT; CHRIS CONBOY; CHRIS HOOPS; JEANNE HARRIS; MICHAEL OPPELT; SILVANA YNIGUEZ; CHRIS MURTHA, AARON GREEN; MICHAEL KLEE<br><br>　　　　　Defendants. | **CASE NO. CV 08-00237 VAP(RNB)**<br>Honorable Virginia A. Phillips<br>Courtroom 2 **(Riverside)**<br>Honorable Robert N. Block<br>Courtroom 6D **(Santa Ana)**<br><br>**DECLARATION OF SUREKHA A. PESSIS RE STATUS OF DEFENDANTS AARON GREENE AND JUAN SANCHEZ-LOPEZ** |

///

///

///

# DECLARATION OF SUREKHA A. PESSIS
# RE:
# STATUS OF DEFENDANTS AARON GREEN AND JUAN SANCHEZ-LOPEZ

I, SUREKHA A. PESSIS, declare and state as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a Deputy City Attorney at the Office of the City Attorney for the City of Los Angeles, Attorneys of Record for the Defendants in the matter of *Christian Curry v. The Los Angeles Police Department, et al.*, United States District Court Case No. CV 08-00237 VAP(RNB) . Except upon those matters stated upon information and belief, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Previously, Defendant informed the Court that Officer Aaron Greene is currently overseas as a result of military duty. The Court has stayed this action as to Defendant Greene. I just learned that Officer Greene will be on military leave until at least September 21, 2009.

3. Furthermore, I am informed that Officer Sanchez-Lopez is also on military leave. He is expected to be on leave until at least December 30, 2009.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed on February 26, 2009, at Los Angeles, California.

SUREKHA A. PESSIS, Declarant

-1-

PROOF OF SERVICE

I, SOLEDAD FIGUEROA, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA 90012, which is the County, City and State where this mailing occurred.

On February 26, 2009, I served the document(s) described as:

**DECLARATION OF SUREKHA A. PESSIS RE STATUS OF DEFENDANTS AARON GREENE AND JUAN SANCHEZ-LOPEZ**

on all interested parties in this action:

CHRISTIAN CURRY
2934 BEVERLY GLEN CIRCLE, SUITE 134
BEL AIR CA 90077
OFS: (310) 226-7133
FAX: (832) 218-6811
Email: christian@curryenterprises.com

I served a true copy of the document(s) above by:

[✖]    By fax transmission. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[✖]    By electronic service. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[]    I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[✖]    I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[✖]    I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2009, at Los Angeles, California.

_____
SOLEDAD FIGUEROA

```
** Transmit Conf.Report **
P.1                                          Feb 26 2009 11:03am
LA-CITY.ATTY'S.OFFICE  Fax 213*978*8785
```

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 918322186811/P587583 | Normal | 26:11:02am | 1'09" | 3 | * O K | |

1  ROCKARD J. DELGADILLO, City Attorney (State Bar #125465x)
   MICHAEL L. CLAESSENS, Senior Assistant City Attorney
2  CORY M. BRENTE, Assistant City Attorney
   SUREKHA A. PESSIS, Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California 90012-4129
   E-mail: Surekha.Pessis@lacity.org
5  Telephone: (213) 978-7036  Facsimile: (213) 978-8785

6  Attorneys for Defendants, CITY OF LOS ANGELES, LOS ANGELES POLICE
   DEPARTMENT, LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA;
7  DAVID TOMILIN; DAVID TORRES, MICHAEL KLEE, SUSAN
   BRANDSTETTER, EDWARD CLAY FARRELL, KARI HORTON, GEORGE
8  HOOPES, JAMES FILLMORE, JUAN SANCHEZ and RAYMOND CONBOY

9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

12

13  CHRISTIAN CURRY,              )  CASE NO. CV 08-00237 VAP(RNB)
                                  )  Honorable Virginia A. Phillips
14                                )  Courtroom 2 (Riverside)
              Plaintiff           )  Honorable Robert N. Block
15                                )  Courtroom 6D (Santa Ana)
        vs.                       )
16                                )
                                  )
17  THE LOS ANGELES POLICE        )  DECLARATION OF SUREKHA A.
    DEPARTMENT; JOE DUNSTER;      )  PESSIS RE STATUS OF
18  JAMES FILLMORE; JERRY         )  DEFENDANTS AARON GREENE AND
    PADILLA; RUTH HAWKINS YU;     )  JUAN SANCHEZ-LOPEZ
19  DAVID TOMILIN; DAVID TORRES;  )
    LAMONT JERRETT; CHRIS         )
20  CONBOY; CHRIS HOOPS; JEANNE   )
    HARRIS; MICHAEL OPPELT;       )
21  SILVANA YNIGUEZ; CHRIS        )
    MURTHA, AARON GREEN;          )
22  MICHAEL KLEE                  )
                                  )
23                                )
              Defendants.         )
24  ────────────────────────────

25  ///
26  ///
27  ///
28

                              -i-