1  CARMEN A. TRUTANICH, City Attorney (State Bar #86629x)
   GARY G. GEUSS, Chief Assistant City Attorney (SBN 128022)
2  CORY M. BRENTE, Assistant City Attorney
   SUREKHA A. PESSIS, Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California 90012-4129
   E-mail: *Surekha.Pessis@lacity.org*
5  Telephone: (213) 978-7036  Facsimile: (213) 978-8785

6  Attorneys for Defendants, LOS ANGELES POLICE DEPARTMENT, JOE
   DUNSTER, JERRI PADILLA, DAVID TORRES, LaMONT JERRETT,
7  MICHAEL KLEE, CITY OF LOS ANGELES, KARI HORTON, RAYMOND
   CONBOY, GEORGE HOOPES, JUAN SANCHEZ, CLAY FARRELL and
8  JAMES FILLMORE

9

10                    UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

12

13 CHRISTIAN CURRY,                  ) CASE NO. CV 08-00237 VAP(RNB)
                                     ) Honorable Judge:   Virginia A. Phillips
14                                   ) Magistrate Judge:  Robert N. Block
                Plaintiff,           ) **Courtroom 6D - (Santa Ana)**
15                                   )
      vs.                            )
16                                   ) STIPULATION AND [PROPOSED] ORDER
                                     ) RE DISMISSAL OF DEFENDANT **CLAY**
17 THE CITY OF LOS ANGLES;           ) **FARRELL**
   THE LOS ANGELES POLICE            )
18 DEPARTMENT, et al.,               )
                                     )
19              Defendants.          )
                                     )
20

21

22 TO THE COURT AND TO PLAINTIFF:

23     IT IS HEREBY STIPULATED BY Plaintiff *CHRISTIAN CURRY,* and Defendants

24 **LOS ANGELES POLICE DEPARTMENT, JOE DUNSTER, JERRI PADILLA,**

25 **DAVID TORRES, LaMONT JERRETT, MICHAEL KLEE, CITY OF LOS**

26 **ANGELES, KARI HORTON, RAYMOND CONBOY, GEORGE HOOPES, JUAN**

27 **SANCHEZ, CLAY FARRELL and JAMES FILLMORE**, through their respective

28 attorneys of record, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*,

1

1 | that DEFENDANT CLAY FARRELL be dismissed with prejudice from this action.
2 |     I have read and reviewed the foregoing stipulation and agree to it on behalf of my
3 | client(s).
4 |
5 | IT IS SO STIPULATED.
6 | Dated: February 23, 2010    CARMEN A. TRUTANICH, City Attorney
7 |                           GARY G. GEUSS, Chief Assistant City Attorney
                                   CORY M. BRENTE, Assistant City Attorney
8 |
9 | By: _____
10 |                                   SUREKHA A. PESSIS, Deputy City Attorney
                               Attorneys for Defendants, LOS ANGELES POLICE
11 |                                   DEPARTMENT, JOE DUNSTER, JERRI
                                  PADILLA, DAVID TORRES, LaMONT JERRETT,
12 |                                   MICHAEL KLEE, CITY OF LOS ANGELES, KARI
                                  HORTON, RAYMOND CONBOY, GEORGE
13 |                                   HOOPES, JUAN SANCHEZ, CLAY FARRELL and
                                  JAMES FILLMORE
14 |
15 | Dated: February 25, 2010    CHRISTIAN CURRY
16 |
17 |
18 |                                   CHRISTIAN CURRY
19 |
20 |                                   **ORDER**
21 | GOOD CAUSE HAVING BEEN SHOWN, and the Court orders as follows:
22 |     Defendant Clay Farrell is dismissed from this action, with prejudice.
23 |
24 | IT IS SO ORDERED.
25 | Dated: _____     _____
26 |                                                   *Honorable Virginia A. Phillips*
                                                  United States District Court Judge
27 |
28 |

1  that **DEFENDANT CLAY FARRELL** be dismissed with prejudice from this action.

2  I have read and reviewed the foregoing stipulation and agree to it on behalf of my client(s).

**IT IS SO STIPULATED.**

Dated: February 23, 2010    CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By: _____
SUREKHA A. PESSIS, Deputy City Attorney
*Attorneys for Defendants*, **LOS ANGELES POLICE DEPARTMENT, JOE DUNSTER, JERRI PADILLA, DAVID TORRES, LaMONT JERRETT, MICHAEL KLEE, CITY OF LOS ANGELES, KARI HORTON, RAYMOND CONBOY, GEORGE HOOPES, JUAN SANCHEZ, CLAY FARRELL and JAMES FILLMORE**

Dated: February ___, 2010    **CHRISTIAN CURRY**

By:_____
CHRISTIAN CURRY

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN,** and the Court orders as follows:

Defendant **Clay Farrell** is dismissed from this action, with prejudice.

**IT IS SO ORDERED.**

Dated: _____    _____
*Honorable Virginia A. Phillips*
United States District Court Judge

2