UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-1403-VAP (RNB)<br>CV 08-0237-VAP (RNB) | Date | March 12, 2010 |
| Title | Jane Doe v. The City of Los Angeles, et al.<br>Christian Curry v. The Los Angeles Police Department, et al. | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Glover | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None present                        None present

**Proceedings:**       (IN CHAMBERS)

## Deposition of LA County Deputy District Attorney Matthew M. Vodnoy

On February 24, 2010, the Court ordered plaintiffs to show good cause in writing on or before March 11, 2010, why (a) the Court should not deem their failure to appear for the Vodnoy deposition on the date specified in the subpoena a forfeiture of any right to take the deposition, and (b) the Court should not sanction them in an amount sufficient to compensate both defendants' counsel and Vodnoy's counsel for their time expended in connection with the February 24, 2010 proceedings (including travel time).

Based on plaintiffs' failure to file a response to the order to show cause within the allotted time, the Court now deems their failure to appear for the Vodnoy deposition on the date specified in the subpoena a forfeiture of any right to take the deposition. Further, the Court deems plaintiffs' failure to file a response to the order to show cause within the allotted time as an admission by plaintiffs that good cause does not exist for why the Court should not sanction them in an amount sufficient to compensate both defendants' counsel and Vodnoy's counsel for their time expended in connection with the February 24, 2010 proceedings (including travel time).

In addition to serving a copy of this Minute Order on plaintiffs and defendants, the Clerk is directed to serve a copy of it by mail on counsel for Mr. Vodnoy. Within seven (7) days of the service date of this Minute Order, counsel for defendants and counsel for Mr. Vodnoy are each ordered to file a declaration attesting to (a) how much time they expended in connection with the February 24, 2010 proceedings (including travel time), and (b) what they contend constitutes their reasonable hourly billing rate.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-1403-VAP (RNB)<br>CV 08-0237-VAP (RNB) | Date | March 12, 2010 |
|---|---|---|---|
| Title | **Jane Doe v. The City of Los Angeles, et al.**<br>**Christian Curry v. The Los Angeles Police Department, et al.** | | |

cc:   Judge Phillips