1  **CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
   **GARY G. GEUSS**, Chief Assistant City Attorney (SBN 128022)
2  **CORY M. BRENTE**, Assistant City Attorney
   **SUREKHA A. PESSIS**, Deputy City Attorney (State Bar #193206)
3  600 City Hall East
   200 North Main Street
4  Los Angeles, California  90012-4129
   E-mail: *Surekha.Pessis@lacity.org*
5  Telephone: (213) 978-7036   Facsimile: (213) 978-8785

*Attorneys for Defendants*, LOS ANGELES POLICE DEPARTMENT, JOE DUNSTER, JERRI PADILLA, DAVID TORRES, LaMONT JERRETT, MICHAEL KLEE, CITY OF LOS ANGELES, CLAY FARRELL, KARI HORTON, RAYMOND CONBOY, GEORGE HOOPES, JUAN SANCHEZ, and JAMES FILLMORE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN CURRY,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LOS ANGLES, et al.,<br><br>Defendants. | **CASE NO. CV 08-00237 VAP (RNB)**<br>Hon. Virginia A. Phillips Courtroom 2 (**Riverside**)<br>Hon. Robert N. Block, Courtroom 6D (**Santa Ana**)<br><br>Consolidated (for discovery only) with:<br>CV 07-01403 VAP (RNB)<br><br>**DEFENDANT CITY OF LOS ANGELES' OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST LAPD OFFICER AARON GREEN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SUREKHA A. PESSIS** |

**TO THE HONORABLE COURT AND PLAINTIFF (PRO SE):**

Defendant **CITY OF LOS ANGELES** hereby submits this opposition to Plaintiff's Request for Entry of Default against LAPD Officer Aaron Green.

DATED: April 7, 2010

CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By _____
SUREKHA A. PESSIS, Deputy City Attorney
*Attorneys for Defendants*, LOS ANGELES POLICE DEPARTMENT, et al.

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. LAPD OFFICER AARON GREEN WAS NOT SERVED.

LAPD Officer Aaron Green was on active military duty when Plaintiff attempted to serve him with the First Amended Complaint at the Hollywood Station during August of 2008. As a result, the City moved for a stay as to Defendant Green which was granted by Judge Block.

Since that time, it does not appear as though Plaintiff has attempted to re-serve Officer Green. Officer Green is now on military duty until approximately April 28, 2010 and is immune from service of the summons and First Amended Complaint. (*Soldiers & Sailors Civil Relief Act* 50 U.S.C. §501, *et seq* and Declaration of Surekha A. Pessis)

This issue of whether Officer Green is a party to the litigation was addressed by Judge Block on March 10, 2010. At that time, Plaintiff failed to present any evidence of an attempt to serve Officer Green at Hollywood Station since August of 2008. Following that discussion, it appeared as though Plaintiff would attempt to serve Officer Green at Hollywood Division and the City would then determine if it would file a motion to quash. (Declaration of Surekha A. Pessis) <u>The moving papers conveniently omit any reference to this discussion with the Court, however.</u>

Further, the Request served by the Plaintiff on April 7, 2010, fails to include any evidence of an attempt to serve Officer Green since August of 2008 or that Officer Green was otherwise required to serve an Answer to the First Amended Complaint since his return from military duty. For these reasons, the Request should be denied.

///
///
///
///
///
///

## II. CONCLUSION.

Based on the foregoing, the City of Los Angeles respectfully requests an order denying the request.

DATED: April 7, 2010

**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By _____
　　SUREKHA A. PESSIS, Deputy City Attorney
*Attorneys for Defendants,* LOS ANGELES POLICE DEPARTMENT, et al.

# DECLARATION OF SUREKHA A. PESSIS

I, SUREKHA A. PESSIS, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a Deputy City Attorney at the Office of the City Attorney for the City of Los Angeles, Attorneys of Record for the Defendants in the matter of *Christian Curry v. The City of Los Angeles*, United States District Court Case No. CV 08-00237 VAP (RNB). Except upon those matters stated upon information and belief, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. When Plaintiff attempted to serve Officer Green during August of 2008, the officer was on active military duty. Soon thereafter, Judge Block issued a stay of the action as to Officer Green until his return from military duty. <u>The order did not require the City or Officer Green to file an Answer to the First Amended Complaint upon Officer Green's return</u>. During September of 2009, I was informed by Plaintiff that he wished to take the deposition of Officer Green. I later provided Officer Green's availability to Mr. Curry, who eventually decided not to go forward with the deposition.

3. I am informed that Officer Green returned from military duty during September of 2009. <u>I am also informed that Officer Green is currently on military duty until approximately April 28, 2010</u>. Further, I am unaware of any attempts by Mr. Curry to serve Officer Green with the summons and First Amended Complaint since March 10, 2010.

4. This issue of Officer Green's status was discussed with Judge Block on the morning of March 10, 2010, wherein Mr. Curry was present. At that time, it was determined that a due date by which Plaintiff was to serve Officer Green (upon his return from military duty) had not been set by the Court. Further, I recall that Plaintiff indicated he would attempt to serve Officer Green and the Court would allow the City to move to quash the service of the summons on Officer Green.

5. The Request served by Plaintiff on April 7, 2010 fails to reference this discussion with the Court and fails to indicate that any additional attempt to serve Officer Green has been made since August of 2008.

6. Attached hereto and marked as Exhibit "A" is a true and correct copy of the e-mail from Jeffrey Brokenbush of April 7, 2010 and the Request for entry of default served by e-mail on April 7, 2010. The exhibit referenced by Mr. Curry in his declaration was not attached.

7. At this time, it is unknown whether the Request has been submitted by Plaintiff to the Court for filing. Therefore, this opposition is being filed in an abundance of caution in the event Plaintiff has taken the appropriate steps in order to file the Request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 7th day of April 2010, in Los Angeles, California.

SUREKHA A. PESSIS, Declarant

**From:** "JEFFREY S. BROKENBUSH, III" <brokenbush@gmail.com>
**To:** Surekha Pessis <Surekha.Pessis@lacity.org>
**CC:** <christianleigh2000@yahoo.com>
**Date:** 4/7/2010 4:14 AM
**Subject:** NOTICE OF DEFAULT
**Attachments:** REQUEST FOR DEFAULT AGAINST DEFENDANT GREENE.pdf

Exhibit 1 Page 6

**CHRISTIAN L. CURRY**
12400 VENTURA BLVD, SUITE 402
STUDIO CITY, CA 91604
Telephone: (310) 226-7133; Fax: (310) 284-3623
Email: *christian@curryenterprises.com*

Plaintiff, as *in propria persona*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN L. CURRY, ) | Case No. CV 08-0237 -VAP (RNB) |
| ) | *Honorable Virginia A. Phillips (Riverside)* |
| *Plaintiff,* ) | *Honorable Robert N. Block (Santa Ana)* |
| ) | |
| ) | **PLAINTIFF'S REQUEST FOR CLERK TO** |
| ) | **ENTER DEFAULT AS AGAINST** |
| ) | **DEFENDANT AARON GREENE;** |
| ) | **DECLARATION OF PLAINTIFF** |
| ) | **CHRISTIAN L. CURRY; EXHIBITS** |
| vs. ) | |
| ) | |
| THE LOS ANGELES POLICE ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| *Defendants.* ) | |

**TO THE CLERK OF THE HONORABLE COURT:**

Plaintiff Christian L. Curry [hereinafter "Plaintiff Curry", or "Plaintiff"], acting *in propria persona* hereby requests that the Clerk enter default as against Defendant Aaron Greene [hereinafter "Defendant Greene", or "Greene"]. On August 22, 2008, at approximately 11:58 am, Plaintiff effectuated service of the

operative pleading [the First Amended Complaint] onto Defendant Greene. The officer authorized to accept service on behalf of Defendant Greene [LAPD (Hollywood Division) Subpoena Control Officer Madge Simerskey] accepted service for Defendant Greene, at which time he contemporaneously purported (to plaintiff's process server) that Defendant Greene was (at the time of service) actively working within the LAPD [Hollywood Division] as a Patrol Officer. After such effectuated service, Defendant Greene took a leave of absence from the LAPD in order to fulfill his duties as an enlisted soldier with the United States Army.

On September 17, 2008, the Court stayed this action with regards to Defendant Greene, while he remained on active military duty. Defendant Greene has since returned (from active military duty), and is now working full-time as an LAPD officer. As of this date, no general appearance has been made [by defense counsel Surekha Arun Pessis], nor has any official appearance (with regards to Defendant Greene) ever been recognized. Defendant Green has not responded to plaintiff's First Amended Complaint. (see **Declaration of Plaintiff** Christian L. Curry, filed concurrently).

                                                      Respectfully submitted,

DATED: April 6, 2010                By:_____
                                                  CHRISTIAN L. CURRY,
                                                  **Plaintiff**, as *in propria persona*

Exhibit 1 Page 8

## DECLARATION OF CHRISTIAN L. CURRY

I, CHRISTIAN L. CURRY [hereinafter "I", or "Plaintiff", or "Plaintiff Curry"], hereby declare and state as follows:

1. I am the plaintiff, acting *in propria persona* within the above-titled action. Except for those matters which I identify as being derived from information and belief, I have personal knowledge of the facts set forth within this declaration, and if called as a witness, I could and would testify competently thereto.

2. On August 22, 2008, I commissioned by process server, Ms. Whitney T. Mullins, to serve the First Amended Complaint on each and every one of the LAPD defendant officers assigned to the LAPD Hollywood Division, located at 1358 North Wilcox Ave, Los Angeles, Ca 90028. Defendant Aaron Greene was/is one of those officer defendants.

3. LAPD Officer Madge Simerskey [Subpoena Control Officer for the LAPD Hollywood Division] accepted service for Defendant Greene on August 22, 2008 at approximately 11:58 a.m. The corresponding proof of service was subsequently filed on September 15, 2008, as **Document #5**. (see **Exhibit A**, a true and correct copy of the proof of service filed on September 15, 2008, evidencing such effectuation of service.)

4. As of this date, and also as corroborated by defense counsel Surekha Arun Pessis, no response has been served nor filed for Defendant Aaron Greene, with regards to the First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America and also under the State of California that the foregoing is true and correct.

Executed on April 6, 2010, in Los Angeles, California.

By: _____
**CHRISTIAN L. CURRY**, *Plaintiff*


Exhibit 1 Page 9

## PROOF OF SERVICE

I, Jeffrey S. Brokenbush, III declare as follows:

I am domiciled in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; and my work address is 36 West 36th St. Floor 6, New York, N.Y. 10018, which is in the same county as where this document was emailed.

On April 7, 2010, I served copies of the foregoing document(s) described as:

**PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AS AGAINST DEFENDANT AARON GREENE; DECLARATION OF PLAINTIFF CHRISTIAN L. CURRY; EXHIBITS**

on all interested parties in this action:

**Surekha A. Pessis**, Deputy City Attorney
200 North Main Street, 600 City Hall East
Los Angeles, California 90012-4129
Telephone: (213) 978-7036 ; Fax: (213) 978-8785
Email: *Surekha.Pessis@lacity.org*

[ X ] **BY E-MAIL**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on April 7, 2010, at Los Angeles, California.

_____
JEFFREY S. BROKENBUSH, III

4

Exhibit 1 Page 10

# PROOF OF SERVICE

I, KATHERINE FINAN, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this service occurred.

On April 7, 2010, I served the document(s) described as:

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST LAPD OFFICER AARON GREEN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SUREKHA A. PESSIS**

on all interested parties in this action:

**NEW ADDRESS AS OF 2/10/10**

CHRISTIAN CURRY
Investeye Recon Ops, LLC
12400 Ventura Blvd., Ste. 402
Studio City, CA 91604
(310) 226-7133
Email: christianleigh2000@yahoo.com
Plaintiff in *Pro Se*

I served a true copy of the document(s) above by:

[X]  By electronic service. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on April 7, 2010 at Los Angeles, California.

[X]  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X]  I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
KATHERINE FINAN