CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
SUREKHA A. PESSIS, Deputy City Attorney (State Bar #193206)
600 City Hall East
200 North Main Street
Los Angeles, California  90012-4129
E-mail: *Surekha.Pessis@lacity.org*
Telephone:  (213) 978-7036   Facsimile: (213) 978-8785

*Attorneys for Defendants*, LOS ANGELES POLICE DEPARTMENT, JOE DUNSTER, JERRI PADILLA, DAVID TORRES, LaMONT JERRETT, MICHAEL KLEE, CITY OF LOS ANGELES, KARI HORTON, RAYMOND CONBOY, GEORGE HOOPES, JUAN SANCHEZ, and JAMES FILLMORE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN CURRY,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LOS ANGLES; THE LOS ANGELES POLICE DEPARTMENT; LAPD [HOLLYWOOD DIVISION] CHIEF WILLIAM BRATTON; CLAY FARRELL; LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA; KARI HORTON; DAVID TOMILIN; RAYMOND CONBOY; DAVID TORRES; GEORGE HOOPES; JEANNE HARRIS; MICHAEL OPPELT; SILVINA YNIGUEZ; SUSAN BRANDSTETTER; SEAN MURTHA; MICHAEL KLEE; RUTH KAWKINS-YU; AARON GREEN; JUAN SANCHEZ; KURT JIMMY FILLMORE.<br><br>Defendants. | CASE NO. CV08-00237 VAP (RNB)<br>Hon. Virginia A. Phillips Courtroom 2 (Riverside)<br>Hon. Robert N. Block, Courtroom 6D (Santa Ana)<br><br>Consolidated (for discovery only) with:<br>CV07-01403 VAP(RNB)<br><br>**DECLARATIONS OF SUREKHA A. PESSIS AND ALICIA PINEDO IN RESPONSE TO JUDGE BLOCK'S MINUTE ORDER OF APRIL 13, 2010** |

**TO THE HONORABLE COURT AND PLAINTIFF (PRO SE):**

Defendants, LOS ANGELES POLICE DEPARTMENT, JOE DUNSTER, JERRI PADILLA, DAVID TORRES, LaMONT JERRETT, MICHAEL KLEE, CITY OF LOS

1

ANGELES, KARI HORTON, RAYMOND CONBOY, GEORGE HOOPES, JUAN SANCHEZ, and JAMES FILLMORE ("Defendants") hereby submit the Declarations of Deputy City Attorney Surekha A. Pessis and Ms. Alicia Pinedo in response to Judge Block's Minute Order of April 13, 2010.

DATED: April 20, 2010         Respectfully submitted,

ROCKARD J. DELGADILLO, City Attorney
MICHAEL L. CLAESSENS, Senior Assistant City Attorney
CORY M. BRENTE, Supervising Assistant City Attorney

By _____
SUREKHA A. PESSIS, Deputy City Attorney
*Attorneys for Defendants,* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LaMONT JERRETT; JOE DUNSTER; JERRY PADILLA; DAVID TORRES, MICHAEL KLEE, KARI HORTON, GEORGE HOOPES, JAMES FILLMORE, JUAN SANCHEZ and RAYMOND CONBOY**

## DECLARATION OF SUREKHA A. PESSIS

I, SUREKHA A. PESSIS, declare and state as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a Deputy City Attorney at the Office of the City Attorney for the City of Los Angeles, Attorneys of Record for **LOS ANGELES POLICE DEPARTMENT, JOE DUNSTER, JERRI PADILLA, DAVID TORRES, LaMONT JERRETT, MICHAEL KLEE, CITY OF LOS ANGELES, KARI HORTON, RAYMOND CONBOY, GEORGE HOOPES, JUAN SANCHEZ, and JAMES FILLMORE** Defendants in the matter of *Christian Curry v. The Los Angeles Police Department, et al.*, United States District Court Case No. CV 08-00237 VAP(RNB) . Except upon those matters stated upon information and belief, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Previously, I submitted a declaration wherein I stated I was informed that Officer Green was on military duty. It is my understanding that Officer Green's most recent military leave began on April 3, 2010. I have now learned that Officer Green has returned to the State of California from military duty, but has not yet returned to the Los Angeles Police Department. Further, I am informed that this information has not yet been provided to the Personnel Records Section of the Los Angeles Police Department. (See attached Declaration of Alicia Pinedo).

3. Defendants intend to seek an order allowing them to file one or more declarations under seal in response to the Court's inquiry as to the dates during which Officer Green has been on "active" service as a Los Angeles Police Officer ( at page two of the Court's April 23, 2010 minute order). Defendants wish to protect the privacy of Officer Green by submitting a sealed declaration which provides the Court with the additional information which has been requested. The attached Declaration of Alicia

3

1 | Pinedo provides information regarding the Court's inquiry as to whether Officer Green
2 | was on military duty on August 22, 2008.

3 |     4.    Defendants anticipate they will need ten (10) days in order to obtain the
4 | appropriate declaration(s) in order to respond to the Court's inquiry.

6 |     I declare, under penalty of perjury, pursuant to the laws of the United States of
7 | America, and the State of California that the foregoing is true and correct.
8 | Executed on this 20 day of April, 2010, at Los Angeles, California

                                Surekha A. Pessis

# DECLARATION OF ALICIA PINEDO

I, Alicia Pinedo, declare and state as follows:

1. I am over the age of eighteen (18) and am not a party to the action, *Christian Curry v. The Los Angeles Police Department, et al.*, United States District Court Case No. CV 08-00237 VAP(RNB). I am employed by the City of Los Angeles. I hold the position of Management Aide in the Los Angeles Police Department's Personnel Records Section. Except upon those matters stated upon information and belief, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed the April 13, 2010, minute order from United States Magistrate Judge Robert Block in the above-referenced action which requests a declaration concerning the dates during which Officer Green has been on military duty.

3. Based on my review of LAPD records, Officer Aaron Green was on military leave from August 16, 2008 until September 14, 2009.

4. LAPD records also provide that Officer Aaron Green resumed military duty on April 3, 2010.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed on this 20th day of April, 2010, at Los Angeles, California

_____ N2868
Alicia Pinedo, Declarant

# PROOF OF SERVICE

I, KATHERINE FINAN, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this service occurred.

On April 20, 2010, I served the document(s) described as:

**DECLARATIONS OF SUREKHA A. PESSIS AND ALICIA PINEDO IN RESPONSE TO JUDGE BLOCK'S MINUTE ORDER OF APRIL 13, 2010**

on all interested parties in this action:

**NEW ADDRESS AS OF 2/10/10**

CHRISTIAN CURRY
Investeye Recon Ops, LLC
12400 Ventura Blvd., Ste. 402
Studio City, CA 91604
(310) 226-7133
Email: christianleigh2000@yahoo.com
Plaintiff in *Pro Se*

I served a true copy of the document(s) above by:

[X] By electronic service. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on April 20, 2010 at Los Angeles, California.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Katherine Finan*
KATHERINE FINAN