UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-1403-VAP (RNB)<br>CV 08-0237-VAP (RNB) | Date | April 21, 2010 |
|---|---|---|---|

| Title | Jane Doe v. The City of Los Angeles, et al.<br>Christian Curry v. The Los Angeles Police Department, et al. |
|---|---|

| Present: The Honorable | Robert N. Block, United States Magistrate Judge |
|---|---|

| Kerri Glover | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None present                                          None present

**Proceedings:**        (IN CHAMBERS)

## Defendants' Response to April 13, 2010 Minute Order, filed April 20, 2010

The Court notes that plaintiff Curry's request for the entry of Officer Green's default still has not yet been received for filing. In light of the points made in the April 13, 2010 Minute Order and the information contained in defendants' response regarding the dates when Officer Green has been on leave for military duty since the filing of this action, plaintiff Curry would be well advised to reconsider the propriety of his proceeding with the filing of a request for entry of Officer Green's default based on the purported substituted service on August 22, 2008.

To the extent that defendants' counsel is requesting an additional ten (10) days to provide the other information sought by the Court (i.e., when Officer Green has been on active service as an LAPD Officer), her request is granted. However, the Court declines to authorize in advance the filing of the responsive declaration under seal because the Court is not convinced, at least as of this juncture, that good cause exists to file such responsive declaration under seal.

cc:    Judge Phillips