**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **CHRISTIAN CURRY,** | )<br>) |
| Plaintiff, | )<br>) Case No. CV 08-00237AJW |
| V. | )<br>) |
| **THE LOS ANGELES POLICE DEP'T, et al.,** | )<br>)<br>) |
| | ) **J U D G M E N T** |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

November 13, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge